UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA STERMER,

    Petitioner,

-v-                                       Case No. 2:12-CV-14013
                                          HON. ARTHUR J. TARNOW

MILLICENT WARREN,

    Respondent.
_____/

**APPENDIX TO AMENDED PETITION FOR HABEAS CORPUS**

Item no. Description of contents

1. Michigan Court of Appeals Opinion 6/23/11
2. Michigan Supreme Court Order 11/21/11
3. Order denying Motion for relief from judgment
4. Emails between attorney Skinner and Defendant, 2/27/14 and 3/14/14
5. Register of Actions
6. Order denying leave, December 11, 2014
7. Order denying Reconsideration, February 19, 2015
8. House design and drawings
9. Building permit documents
10. Police Reports prior fires
11. Police Report Cory Pierce
12. Affidavit of Linda Kay Stermer

Respectfully submitted by:
SHELDON HALPERN (P14560)
Attorney for Petitioner Stermer
26339 Woodward Ave
Huntington Woods, MI 48070
(248) 554-0400