# ITEM 6

## Court of Appeals, State of Michigan

## ORDER

People of MI v Linda Kay Stermer

Docket No. 323443

LC No. 09-016654-FC

Michael J. Talbot
Presiding Judge

William B. Murphy

E. Thomas Fitzgerald
Judges

The Court orders that the delayed application for leave to appeal is DENIED for failure to meet the burden of establishing entitlement to relief under MCR 6.508(D).

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 1 1 2014
Date

Chief Clerk