# ITEM 7

## Court of Appeals, State of Michigan

## ORDER

People v Linda Kay Stermer

Docket No. 323443-L

LC No. 09-016654-FC

Michael J. Talbot
Presiding Judge

William B. Murphy

E. Thomas Fitzgerald
Judges

The Court orders that the motion for reconsideration is DENIED.

Fitzgerald, J, not participating, having retired from the Court of Appeals effective January 1, 2015.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 1 9 2015
Date

Chief Clerk