# ITEM 8

Front house
2nd story roof

Roof



Hand-drawn floor plan / attic diagram with the following annotations (rotated text re-oriented):

- north (with window markings and "10 in." notation)
- blue and black drywall
- left roof
- East
- West Attic area
- Attic Left area
- Attic (marked with X, top section)
- Attic (marked with X, bottom section)
- Windows, 18 ft ceiling
- Living Room Bow on main floor
- Chimney / gas space
- "there's a trap door" / trap door down to main floor
- Storage
- Left Bedroom
- butt (bottom of page)

Main Level
Back West

North

blue wood
black drywall

Front East

South

- Deck Framed in
- Sliding door
- Sliding door
- Sliding door in Framed in Deck
- Back door
- Side door

Table
Breakfast Bar
Kitchen
sheet rock wall up Pantry
door

Desk
Half Wall
Rocking Chair
Fireplace
Stools ceiling cathedralized
Fridge
Basement door sliddoor
closet
Stairs (up left)
closet

TV
Dresser
Master Bedroom
Queen Bed
closet
Jacuzzi Tub
Bath Room
shower sink
closet
Single bed
Computer Desk File cab



