# ITEM 9

## CORRECTION NOTICE

| | | | | |
|---|---|---|---|---|
| LAWRENCE TOWNSHIP | PERMIT DATE 8/5/2002 | RI-re | OWNER: STERMER | |
| 7 101 02052 | | | INSPECTION DATE: 12/1/03 | |
| 66598 CR 215 | | | INSPECTOR: D. Hogg | |

NOTES: HOUSE OPEN
MRC R3

TODD STERMER
PO BOX 673
LAWRENCE, MI 49064

NEW RESIDENCE/unfin existing 2 fl
36 X 50 FT/ 1800 SF MF/ 292 SF ___ D FL
1800 SF BSMT/ END OF ITEMIZATION

CONTRACTOR PH#: 269-674-7011

CALL FOR RE-INSPECTION AT (269) 679-4900, extention 201 - CALL BY 3:30 PM FOR A NEXT-DAY INSPECTION

| | | | Code Section |
|---|---|---|---|
| ☑ BUILDING | ☐ foundation | ☑ rough in ☐ final ☐ other | ☑ APPROVED 12/8/03 ☐ PENDING |
| ☐ ELECTRICAL | ☐ service | ☐ rough in ☐ final ☐ other | ☐ APPROVED ☐ PENDING |
| ☐ MECHANICAL | ☐ underground | ☐ rough in ☐ final ☐ other | ☐ APPROVED ☐ PENDING |
| ☐ PLUMBING | ☐ underground | ☐ rough in ☐ final ☐ other | ☐ APPROVED ☐ PENDING |

Pursuant to Parts 4, 7, 8 & 9 of the Dept. of Labor's General Rules, the attached corrections shall be made (In the case of Plumbing, Electrical, and Mechanical within 7 days of receipt of this notice). Please notify this office one day before reinspection is to be scheduled.

R.I. approved

FINAL INSPECTIONS ON THIS PROJECT.
6/27/03 VERIFY POSTING OF
see page# 101-08055 under 66598
permit 101-08055 under 66598

Power company to be contacted: _____
(for office use only) Power company contacted on: _____

---

## CORRECTION NOTICE

| | | | | |
|---|---|---|---|---|
| LAWRENCE TOWNSHIP | PERMIT DATE 8/5/2002 | RI | OWNER: STERMER | |
| 7 101 02052 | | | INSPECTION DATE: 11/6/03 | |
| 66598 CR 215 | | | INSPECTOR: D. Hogg | |

NOTES: WILL BE USING NEW FLOOR TRUSSES/LOAD BEARING WALL PER PHONE CONVERSATION W / LOGAN possible swa per
MRC R3

TODD STERMER
PO BOX 673
LAWRENCE, MI 49064

NEW RESIDENCE/unfin existing bsmt/2 fl
36 X 50 FT/ 1800 SF MF/ 292 SF 2ND FL
1800 SF BSMT/ END OF ITEMIZATION

CONTRACTOR PH#: 269-674-7011

CALL FOR RE-INSPECTION AT (269) 679-4900, extention 201 - CALL BY 3:30 PM FOR A NEXT-DAY INSPECTION

| | | | Code Section |
|---|---|---|---|
| ☑ BUILDING | ☐ foundation | ☐ rough in ☐ final ☐ other | ☑ APPROVED 11/6/03 ☐ PENDING | R 318.2 |
| ☑ ELECTRICAL | ☐ service | ☑ rough-in ☐ final ☐ other | ☑ APPROVED 11/5/03 ☐ PENDING | |
| ☑ MECHANICAL | ☐ underground | ☑ rough-in ☐ final ☐ other | ☑ APPROVED 6/19/03 ☐ PENDING | R 807 |
| ☑ PLUMBING | ☐ underground | ☑ rough-in ☐ final ☐ other | ☑ APPROVED 6/16/03 ☐ PENDING | |

Pursuant to Parts 4, 7, 8 & 9 of the Dept. of Labor's General Rules, the attached corrections shall be made (In the case of Plumbing, Electrical, and Mechanical within 7 days of receipt of this notice). Please notify this office one day before reinspection is to be scheduled.

approved from ventilation attic
needs an open
from attic area

FINAL INSPECTIONS ON THIS PROJECT.
6/27/03 VERIFY POSTING OF
see permit 101-08055 under 66598

Power company to be contacted: _____
(for office use only) Power company contacted on: _____