# ITEM 10

# SUPPLEMENT REPORT — PORTAGE POLICE DEPARTMENT

| Field | Value |
|---|---|
| 1. Complainant, Drivers, Victim, or Arrestee | STERMER, TODD |
| 3. Complaint No. | 17946-92 |
| 9. Date | 3/31/92 |
| 5. Page No. | 33 |
| 7. Kind of Report Continued | Follow-up or Supplemental or Prosecution |
| 8. Offense, Charge or Incident on Original Report | Arson |

being his own. The information for MCMANN would be supportive of what was told to me in the original interview with CHRIS KHOURY and TOM EBERT.

**CONTACT WITH WHITE PIGEON MSP POST:**

I've also been in contact with TRPR JIM BEDELL of the White Pigeon Post who indicated he recalled the incident involving STERMER that he had investigated. He states that that fire was definitely an arson and that it never was shown who was involved or responsible for that incident. He states that TODD STERMER, the complainant in this incident, was the insured party and was regarded as the suspect. The contact made with TRPR BEDELL was on 3/26/92.

**RECONTACT WITH INSURANCE CO:**

On this date, I also made contact with a Wolverine Mutual Insurance agent JOHN BREITENBACH who informed me that they'll be settling the claim with TODD STERMER for the amount of $20,000. I advised him of all the efforts that had been made to identify a suspect in this case and the fact that there were no further leads that have not been exhausted and that at this time, the investigation was going to be made inactive after contact was made with MR STERMER, who was the original reporting person and that notification made.

| Field | Value |
|---|---|
| 30. Reporting Officer | R. PETROSKI DET. |
| 31. Status | CLOSED |
| 33. Date Time Typed | 4/1/92 zc |