# ITEM 11

Case 2:12-cv-14013-AJT-DRG ECF No. 20-14 filed 01/23/16 PageID.314 Page 2 of 2

Run: 11/02/2007
10:59
Page: 3
of  4

Van Buren County Sheriff's Department

Report of Incident Detail / Followup

Incident 2007  0068027

police and CORY PIERCE informed investigating officer that they sat in a patrol car for approximately 20 minutes until they went over to the MOUSSALLI'S, who were neighbors of theirs.

CORY PIERCE also told investigating officer that he was informed that his father had died at the scene by police officers. At that time, investigating officer asked CORY PIERCE if he had a cell phone at that time, at which he stated at that time he did. Investigating officer asked what the cell phone number was and was informed it was 269-352-6373. Investigating officer also asked if his mother had a cell phone, which he stated that she had two cell phones, which he identified as one being her regular phone and the other being a work phone.

CORY PIERCE told investigating officer that if he could not get ahold of his mother, LINDA STERMER, on her regular cell phone that he would contact her on the work phone. Investigating officer asked if he remembered what the cell phone numbers were to his mother, LINDA STERMER'S, phones and he stated that he did not remember what the numbers were and that she had a new cell phone since then. He also told investigating officer that his father also had a cell phone as did his brothers, TRENTON and TREVOR.

Investigating officer asked if that was at the time of the fire and he stated that it was. Investigating officer asked CORY PIERCE if he had ever been told by his mother, LINDA STERMER, how the fire did happen. He stated that he had been told by her that she did not know how it had happened. At that time, investigating officer asked CORY PIERCE about the arguments between his father and mother and asked if there had been any violence between the two of them. He stated that he had seen his father, TODD STERMER, hit his mother, LINDA STERMER, on prior occasions. He stated that on one occasion it was while they lived in a house in Kalamazoo and on another occasion, that it occurred in a house in Lawrence, other than the one that burned down.

Investigating officer asked what he had seen. He stated it was more that he had heard TODD hitting LINDA rather than seeing it happen. Investigating officer asked CORY PIERCE if there any friends of his mother that he knew that she spent time with. He informed investigating officer that his mother did hang out with KATE SWIFT and with another woman by the name of KATE FOX. Investigating officer asked about any of his father's friends. He stated that there was a friend of his dad's, who he knew as TC, who was a white male, approximately 40-50 years old from Kalamazoo, who had came out recently.

He stated that TC had been out to the house recently after he had been involved in an accident prior to the fire and that his father borrowed STEVEN DUNN'S car to give the friend a ride home. Investigating officer asked CORY PIERCE if his mother had ever discussed any of the nature of the arguments to which he stated that she had not, however, that occasionally his mother would ask him who he would want to live with. Investigating officer asked CORY PIERCE where he had gone, after the fire, to live. He stated for approximately 4 months, he and his brothers along with his mother, LINDA STERMER, moved into KATE SWIFT'S home and lived there with her family.

He also stated that after the fire, they had gotten new cell phones. He then stated after 4 months with the KATE SWIFT family, that they rented a house in the village of Lawrence and off and on ASHLEY GIBSON and BRITTANY GIBSON would stay there as well. Investigating officer asked CORY PIERCE about an incident between his brother, TREVOR STERMER and ASHLEY GIBSON in regards to a domestic argument. He stated that there had been a domestic argument in the home in Lawrence between ASHLEY and TREVOR, to which investigating officer asked if there had been talk about a firearm at that time.