# ITEM 12

Case 2:12-cv-14013-AJT-DRG   ECF No. 20-15   filed 01/23/16   PageID.315   Page 1 of 2

## AFFIDAVIT OF LINDA KAY STERMER

NOW COMES Linda Kay Stermer, and being first duly sworn, deposes and says:

1. I am the defendant in People v Stermer, Van Buren County Circuit Court No. 2009-16654-FC.

2. In preparing for my jury trial in this matter, I had conversations with my trial counsel, Jeffrey S. Getting, about retaining a defense expert in fire science (arson) to review the prosecution's evidence on that topic and to potentially testify at my trial. Attorney Getting was told that funds were available to do so. To my best knowledge and belief, attorney Getting never retained a defense expert. As of this date, I do not know why no defense expert was retained.

3. In preparing for my jury trial in this matter, I had conversations with my trial counsel, Jeffrey S. Getting, about obtaining building permits to show that our home was in the process of being constructed. I do not know why those were not used at trial.

**DATE:** 9-3-14

**NOTARY PUBLIC:**

Subscribed and sworn to before me by Ms Stermer on 09/03/2014

Renata Fracz

**SIGN HERE:**

LINDA KAY STERMER
MDOC NO.: 757152

RENATA FRACZ
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 29, 2020
ACTING IN COUNTY OF
WASHTENAW