**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LINDA STERMER,

        Petitioner,               Case Number: 2:12-CV-14013
                                                     HON. ARTHUR J. TARNOW

v.

MILLICENT WARREN,

        Respondent.
_____/

## ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY AND REQUIRING RESPONSIVE PLEADING

Linda Stermer is a state inmate incarcerated at the Huron Valley Correctional Facility in Ypsilanti, Michigan.  In 2012, Petitioner filed a petition for a writ of habeas corpus in this Court, challenging her conviction for felony murder.  The Court granted a stay to allow Petitioner to exhaust an unexhausted claim in state court and administratively closed the case.  Petitioner, through counsel, has now filed a request to lift the stay.

In her request to lift the stay, Petitioner states that she has now exhausted her state court remedies in accordance with the conditions of the stay by completing collateral review in state court.  Based upon the representations made in the request, it appears that Petitioner complied with terms of the stay.  Therefore, the Court will reopen this matter.

Accordingly, the Court GRANTS Petitioner's Motion to Lift Stay (ECF No. 20). The amended petition (ECF No. 20-1) is accepted for filing.  The Clerk of Court is

directed to REOPEN this matter.

The Court ORDERS Respondent to file an answer responding to the allegations of the petition in accordance with Rule 5, Rules Governing Section 2254 Cases, by September 16, 2016.

SO ORDERED.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

DATED: July 22, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 22, 2016.

s/Deborah Tofil   (for Mike Lang)
Case Manager