UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA STERMER,

    Petitioner,

-v-                                          Case No. 2:12-CV-14013
                                              HON. ARTHUR J. TARNOW

MILLICENT WARREN,

    Respondent.
_____/

## APPENDIX INDEX TO PETITIONER'S
## MOTION FOR RELEASE PENDING DECISION

| Item No. | Description |
|---|---|
| 1. | Letter from Chris Fayling |
| 2. | Letter from Petitioner |
| 3. | Letter from Martee Bakluyzen |
| 4. | Letter from Treating Physician Dr. Dallas |
| 5. | Letter from Shirlene Wollam |

SHELDON HALPERN (P14560)
Attorney for Petitioner
26339 Woodward Avenue
Huntington Woods, Michigan 48070
(248) 554-0400 Fax: (248) 554-0411