# EXHIBIT ITEM NO. 1

# MICHIANA CORRUGATED PRODUCTS COMPANY

P.O. Box 790 • 110 N. Franks Ave. • Sturgis, MI 49091
(269) 651-5225 • Fax (269) 651-5799 • 1-800-626-2261

RE: Linda Kay Stermer

I have known Linda for long time now and have found her to be a great mother and friend.

She is a hard worker and honest. I believe in her and have gone to see her many times in the last few years. I also posted her bond for her case in Vanburen County and she paid it all back to me.

Linda is not a flight risk, as she has a lot of family her in Kalamzoo MI and would want to be close to them. Linda is a god fearing woman and is very strong in her faith.

I do support her and her fight for freedom.

Sincerely

Chris Fayling

Sales Manager at Michiana Corrugated Products Co.

*[signature]*
4-4-16

ISO 9001:2008 Registered
Manufacturers of Shipping Containers and Corrugated Products