# EXHIBIT ITEM NO. 2

Honorable Arthur J Tarnow
US District Court
231 W Lafayette Blvd
Room 124
Detroit, MI  48226

April 20, 2016

Re:  Linda Kay Stermer v Warden Anthony Stewart

Dear Judge Tarnow,

    I would like you to know a little about me, and the person who is applying for bond. I have lived my entire adult life in Michigan. I have five adult children, and 6 grandchildren, all of which live in Southwestern Michigan. When we lost my husband and our home I commuted my sons, who were still in school, to the school they had grown up in, until I was able to find housing close by. Being a small town, with less than 500 on the village tax roll. I also found employment in the county we resided in and quit my job that was further away, in order to be close to my children during the day.

    My mother and step father are of declining health, and if I were granted bond, I would return to their home, I lived with them between my arrest and trial, before my conviction. I was granted bond after my arrest and I never missed nor was I ever late to any proceeding. I borrowed the money for my bond actually, a friend paid the bond, knowing it would be promptly paid back when I was able. I did so the first week after my release.

    Since coming to Huron Valley Correctional Facility, MDOC-WHV, I have become enrolled in and successfully completed several groups. I was nominated by staff to be one of the core members of a program called Chance For Life, I was also staff nominated/recommended for the initial group of Prisoner Observation Aids, to watch prisoners on suicide watch. Since leaving both of those and receiving certificates, I have become involved in the National Lifers Association, and became an officer. I have done many other things, which are smaller in comparison, such as voted in as a unit representative, completing anger management and other classes. I now live in as an aid to a blind inmate as her full time helper.

    I have used my time here constructively and meaningfully. I am responsible and family oriented. I have a great relationship with my children and grandchildren. They visit as often as time and money allows them. My entire appeal and its results would dramatically affect my family, who has made it possible for me to have Mr Halpern and an expert represent me. I would not let them

page 2 letter

down or negatively affect my chances on appeal by any behaviour that would not be allowed in a bond.

    I hope you will consider granting an appeal bond to me, and see me, not as a risk, but as an investment. The time would be spent taking care of family and building relationships with my grandchildren in ways I cannot here.

    Thank you for your time and consideration in this. I look forward to your review of my case.

Respectfully,

*Linda Stermer*

Linda Stermer
inmate no. 757152
3201 Bemis Road
Ypsilanti, MI 48197