# EXHIBIT ITEM NO. 3

Untitled

April 23, 2017

To Whom it May Concern:

I am Martee Bakhuyzen and I am Linda Stermer's mother, I am 68 years old, Her Father is 80 years old.
I am writing this in hopes it helps our daughter. Her attorney ask for our medical concerns and problems.

I was dia. with MS in 1983, I do fairley well but do have some problems.
I had a bad fall in Oct. of 2013 resulting in perm. nerve damage to the left side of my face and head, and still have some problems with that.
In 2014 I fell and broke my left ankle, after 7 months they had to place a plate and pins.
In 2015 I had bi-lateral knee replacements they had to do my knees first then
   I have to have both hips replaced. They removed the plate and pins in my
   ankle at that time. I continued to have problems with my ankle and had to
   have another surgery in Jan, of this year (2017) to remove a tendon and
   repair another tendon. I have been unable to carry on everyday task
   since 2014 due to the ankle. I just had a cort injection in my right hip
   trying to hold off on the hip surgery until I finish up with my Phy.
   Therapy for the ankle.
   I am also seeing the doctor for my lower back, due to not being able to walk
   correctly for the last 3 years, because of the ankle.
   I will be having the hip replacement surgery this year. As soon as I am
   finished with my phy. therapy for my ankle

Linda's Father had eleven (11) stints for the heart. He was in pretty good
   health otherwise until last year.
   March 2016 he had a silent Heart attack resulting in an auto accident.
   April 2016 He went into the hospital and had another stint placed
   (his 12th stint) at that time they discovered he had A-fib.
   (abnormal rythem on the heart).
   May 2016 he had a Heart Oblation preformed
   June 2016 he had to have electrical shock to the heart (to take care of
   a slight A-Fib
   We just found out he is going to need eye surgery shortly.

I could not afford to have copies of all of these from the doctors (they charge for this service) So I have enclosed copies of most of the billings we have received.(I'm sure I probably missed a few)

Sincerely Yours;


Martee Bakhuyzen
2815 Old Farm Rd.
Kalamazoo, MI 49004
PH: 269 364 3930

   inclosed copies of most of the bills as proof.

Page 1

*RECEIVED MAY - 1 2017*