July 24, 2017


Sheldon Halpern

Attorney at Law

26339 Woodward Ave

Huntington Woods, MI   48070


RE:      Linda Stermer


To Whom It May Concern:


I have known Linda Stermer for nearly 12 years.  We met when we were both employed in Kalamazoo at
Chemlink, Inc.  I immediately liked Linda because of her open and honest approach to people.  I know
Linda to be highly intelligent and resourceful.

We have become close friends in the last 12 years and I treasure her friendship.  I have had the
opportunity several times to help her with financial and emotional support during her incarceration.  I
stand ready today to help her in any way I am able to.   I would trust Linda with my life, that's how much
she means to me.

If Linda had the opportunity to get out of the Women's Correctional Facility, in Ypsilanti, on bond while
going through legal procedures, I know that she could be fully trusted to adhere to all the state's
requirements for said bond release.


Sincerely,

Shirlene Wollam

Shirlene Wollam

9626 Annandale

San Antonio, TX   78239

210-865-2491