

**Opus INTERNAL MEDICINE**
*"Care to let your soul swing"*

Stephen N. Dallas, MD, MA
Internal Medicine Specialist

To: Attorney Halpren
Re: Martee Bakhuyzen
DOB: 09/16/1948

Mrs. Bakhuyzen has been a patient at Opus Internal Medicine since 2012. She has been treated for the following conditions:

2012- Fall with severe head and face injury

2014- Fall with broken left ankle

2014- Left ankle surgery with plate and pin placement

2015- Left ankle surgery to remove plate and pin

2015- Bilateral knee replacement

2017- Left ankle surgery repairing tendon

2017- Right hip replacement

If you have additional questions please contact our office at 269-383-6789.

Thanks,

Stephen N. Dallas MD, MA.

3601 S. 9th Street  Kalamazooo, Michigan  49009    p. 269.383.6789   f. 269.383.6767