# EXHIBIT B

Curriculum Vitae for James Shinsky



**CURRICULUM VITAE FOR**
**JAMES A. SHINSKY**
**Rehmann Corporate Investigative Services**

P.O. Box 69, Niles, MI 49120
Phone 269.684.4628
Jim.Shinsky@rehmann.com

**CURRENT POSITION:** Senior Fire Investigator, Rehmann Corporate Investigative Services, August 2003 to present.

**Current Responsibilities:** Fire/fraud Investigator: Conduct fire scene examinations and investigations, specializing in origin and cause, scene documentation, evidence collection and preservation, conduct interviews, conduct Post-Incident investigations and make presentations of findings, provide expert witness courtroom testimony.
Conduct general investigations and present public information and fire investigation training programs.

**FORMER POSITION:**    Detective Lieutenant
Investigative Resources Unit Commander
Michigan State Police Fire Marshal Division
7150 Harris Drive, Lansing, MI 48913
**June 1978 to June 1, 2003 (Retired)**

**Responsibilities:** Provided direct supervision of fire investigation services through the Michigan State Police, Fire Marshal Division. I provided fire investigation training and resources to departmental members and police and fire department for other agencies.

Responsible for the management of all duties associated with the fire investigation program. I assisted Field Operations Commander with the supervision of activity, incidents, and property reports of assigned fire investigators. I supervised all fire investigation schools sponsored and co-sponsored by the division.

I administered the Fire Marshal Inquiry Program, Arson Hotline, Michigan Insured Fire Loss Reporting System (MIFLRS), Fire Investigator Certification, training program, and Accreditation of Fire Marshal Division training programs through the Pro Board on Fire Service Professional Qualifications System on Fire Service. I conducted annual Fire Investigation Assessment programs. Prepared and administered grants, conducted surveys, reviewed legislation, prepared articles for publication, monitored the NFPA process on documents that affect fire investigation,

1

and determined equipment needs of fire investigators as directed by division command.

## EDUCATION:

| April 1985 | Bachelor's Degree, Business Administration/Accounting<br>Western Michigan University, Kalamazoo, Michigan |
| April 1978 | Associates Degree, General Studies<br>Schoolcraft Community College, Livonia, Michigan |
| June 1971 | High School Diploma<br>Redford High School, Detroit, Michigan |

## CERTIFICATIONS

Certified Fire Investigator, International IAAI #05-026, 2002
Re-Certified 10-31-07 through 2012, Re-Certification 11-5-12 through 10-16- 2017, Re-Certified through 10-16-2022.

Certified Fire and Explosion Investigator (CFEI), Certified Vehicle Fire Investigator (CVFI), National Association of Fire Investigators. 12-8-2003, Re- Certified 12-2008 through 2013, Recertified-completed valid until 12-8-2018. CVFI completed 11-3-16

Certified Fire Investigator, Michigan State Police Fire Marshal Division 1988-2003

Certified Police Traffic Accident Re-Constructionist, Michigan State University, Office of Highway Traffic Safety Programs - 230 training hours, 1988

## PROFESSIONAL ASSOCIATIONS & MEMBERSHIPS

Member, International Association of Arson Investigators member, 1988 - Present
    Board of Directors, 1998 - 2005
    Committee Chair (Audit, Fire Fraud, Transportation Fire investigation), 1997 - 2002

Member, Budget & Finance Committee, 1998 - 2006

International Dues Equity Task Group, 2001-2003

    Life Member, Michigan Chapter of International Association of Arson Investigators, 1982 - Present:
    President, 1995-1996
    Past Member, Training Committee
    Past Member, NFPA 921 Committee
    Past Member, Grant Committee

Member, IAAI State Chapters in Michigan and Indiana

Michigan Arson Prevention Committee, 1996 - present
Co-Chairman, Training Sub-Committee

Member, National Fire Protection Association (NFPA), 1996 - 2004

Member, Association of Certified Fraud Examiners (ACFE), 2000 – present

Member National Association of Fire Investigators (NAFI), 2003 - present

## PUBLISHED ARTICLES

| April 2000 | Insurance Fraud, How Large Does It Have to Be?<br>IAAI Fire and Arson Investigator magazine |
| --- | --- |
| January 2000 | Vehicle Arson and Fraud<br>IAAI Fire and Arson Investigator magazine |
| October 1998 | Fraud Fighting Tools<br>IAAI Fire and Arson Investigator magazine |
| March 1998 | Begin With a Fire, End with a Fraud<br>IAAI Fire and Arson Investigator magazine |

## FIRE INVESTIGATION EXPERIENCE

| October 1982- 1988 | Michigan State Police Trooper conducting fire Investigations part time |
| --- | --- |
| May 1988 - September 1996 | Specialist/Sergeant, Fire investigator full time |
| September 1996 to June 2003 | Detective Lieutenant, Investigative Resources Unit, Major fire case investigations |
| August 18, 2003 to present | Private fire investigations full time |

## EXPERT COURT TESTIMONY

I have qualified and testified in depositions, criminal and civil courts, in seven Michigan counties. Testified before in a Federal Grand Jury in Grand Rapids, I have testified in

3

court as an expert over 50 times while employed by the Michigan State Police and my current employer.

## RECENT TESTIMONY

| | |
|---|---|
| 6-6-06 | Deposition   04-909 Brann, Farm Bureau vs. Holmes Group Case # 06-2939-NP T.  Berrien Co. Circuit Court Jdg. Linda Tolen |
| 11-16-06 | Deposition 04-073 Auto Owner Insurance vs. Doug Graham, Graham Heating Case # 05-9027 NP Emmet County Court |
| 12-13-07 | Deposition 06-444 Lampert vs. Farm Bureau Insurance, Cass County Case # 2007-305-CK. Jdg. Michael Dodge |
| 10-6-08 | Deposition 07-1614 State Farm Fire and Casualty vs. Robert Hoskins Circuit Court, Calhoun county 06-3964-NZ Jdg. Allen L. Garbrecht |
| 2-11-09 | Trial-civil 06-444 Lampert vs, Farm Bureau Insurance, Cass County Case # 2007-305-CK. Jdg. Michael Dodge |
| 5-12-09 | Trial-civil, 07-1741 Case # 07-05596., Pioneer Mutual State Insurance vs Jill Hoskins, Fact witness to interviews conducted. Judge Michael Dodge, Cass County Michigan. |
| 1-6-10 | Trial-Criminal, Stermer Case # 09-16654 FC, Van Buren County 36th Judicial Circuit Court, Homicide-Murder 1st degree-premeditated, Fact witness to recorded interview statement and evidence collection. |
| 8-19-10 | Civil deposition, Case #10-1762CZ, Calhoun County Circuit Court, Judge James C. Kingsley, James L. Juhnke representing the Estate of Betty Lou Walters vs. Airway Oxygen, Inc., and Invacare Corp. |
| 9-27-10 | Civil deposition, Case # 08-096006-NZ, Oakland County Circuit Court, Judge Mark A. Goldsmith, Citizens Insurance vs. Professional Temperature Heating, And Air Conditioning, Inc. |
| 4-27-11 | Civil deposition, Case # 10-0537CK, Kalamazoo County Circuit Court, Judge J. Richardson Johnson, Gregory and Cheryl Lloyd vs. Farm Bureau Insurance. |
| 1-27-12 | Civil deposition, Case # 11-003474-NZ Wayne County Circuit Court Judge Robert J. Colombo Jr. Yazan Service Plaza, INC., a |

Michigan Corporation and Yazan Musleh Individually vs. the Detroit Edison Company

2-10-12    Civil deposition, Case # 11-cv-10237,US District Court, Eastern District, Hon Gerald E. Rosen, State Farm Fire and Casualty Company, Plaintiff, as subrogee of Michael and Marilyn Kramer.

11-30-12   Civil Deposition, Case # 12-61919-CK Van Buren Circuit Court, Judge Paul E. Hamre, Eddie Gallegos vs Home Owners Insurance Company

12-19-14   Civil Deposition RCIS Case # 11-852050. Court Case # 71C01-1304- PL-0066. L & J Feeder Pigs vs. Superior Feed Ingredients, LLC and Restaurant Recycling Service, LLC.

8-9-2016   Civil Deposition RCIS Case # 13-965999 & 15-1110703. Court Case # 15-2573-CB. Capitol Indemnity Corporation Vs Mr. Gas Inc., and Adam's Fire Protection Company Inc.

3-28-2017  Civil Deposition RCIS Case # 16-1147127. Court Case # 2016-000363- NO Princess Simmons for Terrance Lee Evans, deceased Vs Alt Property Management LLC & Red Rock Property Group, LLC.

11-21- 2017  Civil Deposition RCIS Case # 15-1110696, Court Case # 16-000283-CK.Jeremy & Kieran Moseng Vs Farm Bureau Insurance of Michigan.


## LIVE BURN TRAINING EXERCISES

During my career in law enforcement and as a private investigator I have participated in as a student, instructor and coordinator in the set up and burning of over 55 houses, 32 mobile homes, 204 cars, built and burned three, two car garages with vehicles inside, constructed and burned a two-room structure and numerous sets of burn cells for field training burns and case experimentation including time temperature data recording and analysis.

September 2013 conducted a live fire scene demonstration including house burn, flash over cells and table top time temperature demonstrations.

## SPECIALIZED FIRE INVESTIGATION TRAINING RECEIVED

2017  Indiana Fire Investigation Conference, August 14-16, 2017, Indianapolis, IN
      (21 Hours Tested-Exam 11-13-17)

2017   IAAI-International NFPA 921 Update Course. August 8, 2017 Portage, Mi
        (8 Hours Tested- Exam 11-13-17)

2017   BATF Ventilation Flow Paths and Fire Growth: Understanding the Modern
Fire Environment & ATF NRT Management of Complex Fire
Investigations.  Kalamazoo Valley Community College. June 20, 2017
(7 Hours Tested)

2016   Tillotson Environmental Occupational Consulting, OSHA 40 Hour
Hazardous Waste Operations Worker Training, OSHA Class IV 2-Hour
Asbestos Awareness Training, OSHA Lead Exposure in Construction
Information and Training. October 19, 2016 (8 hours Tested)

2016   Public Agency Training Council, Hands-on Vehicle Fire/Arson
Investigation, Indianapolis, In October 24-26, 2016 (20 hours tested)

2016   IAAI Indiana IAAI, Annual Fire Investigation Training Seminar, Plainfield,
Indiana August 15-17, 2016 (21 Hours Tested)

2016   Public Agency Training Council, Arson Scene Search, Roseville, MI.
February 10-11, 2016 (16 Hours Tested)

2015   IAAI Indiana Chapter Annual Fire Investigation Training Seminar,
Plainfield, Indiana August 17-19, 2015 (21 Hours Tested)

2015   International Association of Arson Investigators (IAAI-Intl) Annual training
seminar, Chicago, IL May 18-22, 2015 (30 Hours Tested Training)

2014   IAAI Indiana Chapter Annual Fire Investigation Training Seminar,
Indianapolis, IN.  NFPA 1033 Update and Use (12 Hours Tested)

2014   IAAI International, Expert Report Writing, Glen Ellyn, IL. 6-11-
2014 (8 hours - Tested 7-27-14)

2014   Fire Findings-Investigation of Gas and Electric Appliance Fires, 4-22/25-14
(30 hours tested training)

2014   Michigan fire Inspectors Society- Winter Educational Seminar. Lansing, MI
Fire Suppression Systems, 2-4/5-2014 (11 Hours Untested)

2013 IAAI CFITrainer.net, NFPA 1033 and Your Career 12-5-13 (2hours, Tested)

2012   Fire Findings Inc. Solid Fuel-Burning Appliance Fires. October 10-11, 2012.
Benton Harbor, MI 49022 (16 hours Tested)

2012   CFITrainer.net Scientific Method, November 5, 2012 (3 hours Tested)

2012   CFITrainer.net NFPA 1033 & 921, November 5, 2012 (2 hours Tested)

7

2012   Oakland County Association of Arson and Fire Investigators- Fire & Arson
Investigation April 26-27, 2012, Auburn Hills, MI (16 hours tested)

2011   International Association of Arson Investigators, 62nd Annual Training
Conference and meeting, Lax Vegas, Nevada, May 2-6, 2011 (32 hours Tested)

2010   Indiana Fire Investigation Conference, Indianapolis, Indiana
August 24 & 25, 2010 (8 Hours)

2010   International Association of Arson Investigators, 61st Annual Training
Conference and general meeting, Orlando, Florida, May 16-20, 2010 (14 hours)

2009   Southwestern Michigan Community College, fall 2009, Fundamentals
of Electricity II (4 Credit hour course 48 class contact hours, tested)

2009   Southwestern Michigan Community College, fall 2009, Fundamentals
of Electricity I (4 Credit hour course 48 class contact hours, tested)

2009   Indiana IAAI Fire Investigation Seminar, Aug 24-26, 2009 (24 hours.)

2009   Ohio IAAI Fire Investigation Seminar Included live burn evolution and
field examination, May 12-15, 2009 (18 hours.)

2009   Arson Scene Evidence, Public Agency Training Council, Cadillac, MI
(16 hours) Tested 2/23, 24/09

2008   Mobile home fire investigation, class room and live burn. (6 Hours.), Fire
Investigation Association of Albert, Alberta, Canada

2007   IAAI International, Expert Witness Courtroom testimony instructor training.
(20 hours.) Troy, Mi.

2006   International Association of Arson Investigators annual training seminar,
Denver, Colorado (21 hours.)

2005   Public Agency Training Council, Fire Pattern Recognition and Certification
(20 hours. tested), Cadillac, MI

2004   Michigan Propane Gas Association, Propane, Basic Practices and Principles
Version B 01 (24 hours. tested). Harrison, MI.

2004   Michigan Propane Gas Association, Propane, Appliance Installation Version a
01 (24 hours. tested), Harrison, MI.

2003   Public Agency Training Council, Hands-On electrical Fire Investigation,

Indianapolis, IN. (20 hours. tested)

2003  International Association of Arson Investigators Annual seminar and
meeting Reno, NV (8 hours.)

2003  Indiana Fire and Arson Conference, Indianapolis, IN (12 hours.)

2002  Colorado Arson School, Electrical Fire Investigation, Litigation Preparation
Aurora, CO (8 hours)

2002  Pro Board Certification Training Seminar, West Palm Beach, FL. Certification
Training Program Administration and Testing (12 hours.)

2002  IAAI, Tennessee Arson School, Gatlinburg, TN. Methamphetamine Awareness,
Fire Scene Health Hazards (12 hours)

2001  IAAI Arson Seminar, Atlantic City, NJ

2001  IAAI NFPA 921 Update - Train the Trainer, St Louis, MO (8 hours)

2001  Kalamazoo Valley Community College, PowerPoint Presentation Training,
Kalamazoo, MI (2 hours)

2001  Michigan State Police, Fire Marshal Division, NFPA 921 Training
Clare, MI (4 hours.)

2001  IAAI Regional Training Seminar, Juvenile Fire Setters and Public Information
Bridgman, MI (4 hours.)

2000  Michigan Fire Fighters Training Council Educational Methodology
Lansing, MI (16 hours.) tested.

2000  Patrick, Johnson & King, Attorneys At Law, Fire Litigation Seminar
Lansing, MI (8 hours.)

2000  Indiana IAAI Annual Arson Seminar, Indianapolis, IN (8 hours.)

2000  Performance Training Systems, Computer Testing Training,
West Palm Beach, FL (20 hours.)

1999  IAAI Michigan Arson School, Mt. Pleasant, MI (8 hours.)

1999  IAAI International Arson Seminar, Las Vegas, NV (10 hours.)

1998  Michigan State Police, Fire Marshal Division, In-Service Training, Burn Modules,
Midland, MI (8 hours.)

9

1998  IAAI Michigan Arson School, Mt. Pleasant, MI (8 hours.)

1998  IAAI International Arson Seminar, Portland, OR (32 hours.)

1997  SemCo Energy, Gas Appliance School, Marysville, MI (8 hours)

1997  Internal Revenue Service, Financial Fraud Investigation School,
Lansing, MI (24 hours.)

1997  IAAI Michigan Arson School, Mt. Pleasant, MI (24 hours.)

1997  IAAI International Arson Seminar, Toronto, Canada (32 hours.) 1996   IAAI
International Arson Seminar, St. Louis, MO (32 hours.) 1996   IAAI Michigan
Arson School, Mt. Pleasant, MI (32 hours.)

1996  Laboratory for Scientific Investigation, Inc. Advanced SCAN Training Lansing, MI
(20 hours.)

1996  IAAI Regional Seminar, Port Huron, MI (4 hours.)

1995  IAAI Michigan Arson School, Kalamazoo, MI (24 hours.)

1995  IAAI International Arson Seminar, Los Angeles, CA (32 hours.)

1994  Michigan State Police, Haz-Mat Operations Re-certification, Lansing, MI
(6 hours.)

1994  Laboratory for Scientific Investigation, Inc. SCAN Basic Program
Lansing, MI (24 hours.)

1994  Michigan Arson Prevention Committee, Mobile Home Fire Investigation School
Tustin, MI (40 hours.)

1994  Michigan State Police, Supervisor Development, Lansing, MI (40 Hours.)

1994  IAAI Michigan Arson School, Mt. Pleasant, MI (24 hours.)

1994  IAAI International Arson Seminar, Biloxi, MS (24 hours.)

1993  Michigan State Police, Haz-Mat Operations Re-certification, Lansing, MI
(6 hours.)

1993  Michigan State Police Fire Marshal Division, Fire Investigator In-service
Training, Lansing, MI (8 hours.)

1993   Barker & Herbert Analytical Labs Inc., Appliance Fire Investigation
New Haven, IN (16 hours)

1993   FBI Bomb and Explosion Investigation Program, Roseville, MI(32 hours) 1993
Federal Law Enforcement Training Center, Financial Fraud Investigation
Techniques Training, Glynco, GA (64 hours.)

1993   IAAI Michigan Arson School, Ypsilanti, MI (24 hours.) 1993   IAAI Regional
Training Seminar, Petoskey, MI (12 hours)

1993   Michigan State Police Fire Marshal Division, Fire Investigation training, Tustin, MI
(8 hours.)

1993   IAAI Regional Training Seminar, Wyoming, MI (6 hours.)

1993   Michigan State Police, Integrated Emergency Management Seminar
Lansing, MI (28 hours.)

1992   IAAI Michigan Arson School, Kalamazoo, MI (24 hours.)

1992   Michigan State Police Fire Marshal Division, Fire Investigation training,
Lansing, MI (8 hours.)

1991   ATF Advanced Arson for Profit Program, Federal Law Enforcement Training
Center, Glynco, GA (64 hours.)

1991   Michigan State Police Fire Marshal Division, Fire investigation Training Lansing,
MI (8 hours.)

1990   Michigan Arson Prevention Committee, Automobile Fire Investigation Program
Tustin, MI (32 hours.)

1990   ATF, Regional Arson for Profit Program, Fort Mitchell, KY (24 hours.)

1990   IAAI International Arson Seminar, Dearborn, MI 32 (hours.)

1989   John E. Reid and Associates, Reid Interview and Interrogation Technique
Lansing, MI (24 hours.)

1989   IAAI Michigan Arson School, Ypsilanti, MI (24 hours.)

1989   International Association of Auto Theft Investigators, Vehicle Theft/Fire
Investigation Program, General Motors Technical Center, Sterling Heights, MI
(20 hours.)

1988   Michigan State Police, Fire Marshal Division, Advanced Fire Investigation,

11

Tustin, MI (32 hours.)

1988   IAAI Michigan Arson School, Kalamazoo, MI (28 hours.)

1987   IAAI Michigan Arson School, Mt. Pleasant, MI (28 hours.)

1986   Michigan State Police, Fire Marshal Division, Basic Fire Investigation School
       Tustin, MI (64 hours.)

1986   Region IV Law Enforcement Training Council, Fire Investigation Instructed by
       Michigan State Police, Fire Marshal Division (16 hours.)

1986   IAAI Michigan Arson School, Ypsilanti, MI (28 hours.)

1985   FBI Photography for Law Enforcement Program, Lake Michigan College,
       Benton Harbor, MI (24 hours.)

1985   IAAI Michigan Arson School, Kalamazoo, MI (28 hours.)

1985   Region IV Law Enforcement Training Council, Arson Investigation, Paw
       Paw, MI (8 hours.)

1984   IAAI Regional Training Seminar, Hillsdale, MI (6 hours.)

1984   IAAI Michigan Arson School, Mt. Pleasant, MI (28 hours.)


1984   Michigan State Police Trooper in Service Training, Lansing, MI (40 hours.)

1983   IAAI Michigan Arson School, Lansing, MI (28 hours.)

1982   IAAI Regional Training Seminar, Kalamazoo, MI (6 hours.)

## PUBLIC SPEAKING AND TEACHING

2015   Michigan Arson Prevention Committee (MAPC) Fire Scene Live House Burn fire
       investigation class. (8 Hours) Port Huron Township, MI September 12, 2015

2015    Michigan Arson Prevention Committee (MAPC) Basic Fire Investigation
       Training July 14, 2015, Detroit Fire Department Training Center, Instruct NFPA
       921 & 1033. (4 Hours)

2014   Michigan Arson Prevention committee, Coordinate and Instructed a 3 Hour class
       on Unitizing NFPA 921 & 1033 in fire scene investigation. Marquette, MI 9-27 &
       28, 2014

2014   Michigan Arson Prevention Committee, Prosecutors Fire Investigation Training Program, Instruct Update on NFPA 921 & NFPA 1033. (2 Hours) 10-7-14

2014   Michigan Arson Prevention Committee (MAPC), Instruct Regional Fire Investigation Seminar, Ishpeming, MI. 9-27-14 (4Hrs)

2014   IAAI Indiana Chapter Annual Fire Training Conference, Instruct NFPA 921-2014 Edition Update and Application to Fire Investigation. 8-20-14 (4 Hours)

2014   Baroda Township Fire Department, Instruct Basic Fire Investigation Multi Agency Training. (12 hours) 1-13-14, 2-10-14, 3-17-14

2013   Michigan Arson Prevention Committee (MAPC) Basic Fire Investigation Training Program, 3-23 & 4-20-21, 2013, Kalamazoo, Michigan. Instructed, Determining Point of Origin and Fire Cause, NFPA 921 & 1033, proctor live burn investigations, case/trial preparation and conduct mock trial of student witnesses (26 Hours)

2013   Michigan Chapter IAAI annual training seminar, Bay City, MI. Instruct Investigation of Large Loss Fires. (3 Hours.)

2013   Michigan Arson Prevention Committee, Prosecutors Fire Investigation School, Tustin, MI. NFPA 921 & 1033 (3 hours).

2012   Michigan Arson Prevention Committee (MAPC) Basic Fire Investigation Training Program, 3-16&17, 2012, Instruct Determining Point of Origin & NFPA 921 & 1033 (7 Hours), Set up house burn, burn house, Instruct fire scene investigation in live fire scene investigation (8 Hours)

2011   Michigan Arson Prevention Committee Regional Training, Sandusky, MI Basic 12/11 Fire Investigation & Introduction to NFPA 921 & 1033 (4 hours.)

2011   Michigan Arson Prevention Committee Fall Prosecutors and Insurance training program. Instruct, "Compliant Investigations using NFPA 921 & 1033". 9/11 Class (2hours) Tustin, MI

2011   Michigan State Police, Fall Fire Investigator I Course, Instruct Arson Immunity Statutes, Fire Marshal Inquiries and Investigative tools for obtaining information, 9/11(2hours.). Tustin, MI

2011   Michigan Arson Prevention Committee Spring Prosecutors and Insurance training program. Instruct, "Compliant Investigations using NFPA 921 & 1033". 4/11 (2hours) Tustin, MI

2011   Michigan State Police, Spring Fire Investigator I Course, Instruct Arson Immunity Statutes, Fire Marshal Inquiries and Investigative tools for obtaining information, 4/11(2hours.). Tustin, MI

2011   Michigan Fire Fighters Training Council, Instruct Detection of Arson and Suspicious Fires 1/11 (12 Hours.) Baroda, MI Fire Department

2010   Michigan State Police, Fall Fire Investigator I Course, Instruct Fire Marshal Inquiries and Investigative tools for obtaining information, (2hours) Tustin, MI

2010   Michigan Arson Prevention Committee Fall Prosecutors and Insurance training program. Instruct, "Compliant Investigations using NFPA 921 & 1033". (2hours.) Tustin, MI

2010   Michigan State Police/MAPC, Spring Fire Investigator I Course, Instruct Fire Marshal Inquiries, Investigative tools to obtain information and NFPA 921 & 1033. April 20, 2010 (4hours.), Tustin, MI

2009   Coordinate/ Instruct IAAI Expert Witness Courtroom Testimony Course. Troy, MI Oct 2009 (8 hours)

2008   Michigan State Police/MAPC, Fall Fire Investigator I Course, Instruct Fire Marshal Inquiries and NFPA 921 & 1033 (3hours.). Tustin, MI

2009   Michigan Arson Prevention Committee, Saint Claire County Basic Fire Investigation Class, 4/26/09, Instruct Origin, Cause, Basic Fire Investigation (8 hours. tested)

2009   MSP-FMD Arson Follow-Up school, instruct, March 2009, Tustin, MI (6 hours.)

2009   Coordinate/ Instruct IAAI Expert Witness Courtroom Testimony Course. Troy, MI 2/09 (8 hours)

2008   Mobile Home Fire Investigation, Instructed Using NFPA 921 & 1033, live burn scenario, practical exercise...

2008   IAAI Michigan Arson School, Bay City, Mi. NFPA 921 Update (2 hours.).

2008   Michigan State Police, Spring Fire Investigator I Course, Instruct Fire Marshal Inquiries and NFPA 921 & 1033 (3hours.). Tustin, MI

2008   Michigan State Police -FMD Arson Follow-Up School, instruct, Tustin, MI., 2/08 (6 hours.)

14

2008  Coordinate/ Instruct IAAI Expert Witness Courtroom Testimony Course. Troy, MI
2/08 (8 hours)

2007  Coordinate/ Instruct IAAI Expert Witness Courtroom Testimony Course. Troy, MI
3/07 (8 hours)

2007  Michigan State Police, Fall Fire Investigator I Course, Instruct fire Marshal
Inquiries and NFPA 921 & 1033 (3hours.). Tustin, MI

2007  Michigan State Police, Spring Fire Investigator I Course, Instruct Fire Marshal
Inquiries and NFPA 921 & 1033 (3hours.). Tustin, MI

2006  Coordinate/ Instruct IAAI Expert Witness Courtroom Testimony Course. Troy, MI
12/06 (8 hours)

2006  Michigan State Police -FMD Arson Follow-Up School, instruct, Tustin, MI
6 hours.)

2006  Michigan State Police, Fire Investigator I Course, Instruct NFPA 921 &
1033 (2hours.). Tustin, MI

2006  Michigan State Police, Fire Investigation II, Instruct (1Hr) Fire Marshal Inquiries
and Subpoenas, NFPA 921 & 1033 Compliant Investigations. Tustin, MI

2005  Coordinate/ Instruct IAAI Expert Witness Courtroom Testimony Course. Troy,
MI. (8 hours.)

2005  IAAI Regional Training Seminar, Instruct (3 Hours.) Basic Fire
Investigation, Berrien Springs, MI

2005  IAAI Regional Training Seminar, Instruct, The Detection of Arson and Suspicious
Fires, MFFTC Class.  Albee Twp., Mi. (6hours.)

2005  Michigan State Police, Fire Investigator I Course, Instruct NFPA 921 &
1033 (2hours.). Tustin, MI

2005  Michigan State Police, Fire Investigation II, Instruct (1Hr) Fire Marshal Inquiries
and Subpoenas. Tustin, MI

2005  Michigan Arson Prevention Committee Prosecutor Fire Investigation Training
Program. Instruct (6 Hours.) Fire investigation, Fire Marshal Subpoenas, NFPA
921 & 1033.Tustin, MI

2005  Coordinate/ Instruct IAAI Expert Witness Courtroom Testimony Course. Troy,
MI. 12/05 (8 hours)

2005   IAAI Regional Training Seminar. Instruct, The Detection of Arson and Suspicious Fires. MFFTC Class. Alpena, MI (6hours.)

2005   IAAI Regional Training Seminar. Instruct, The Detection of Arson and Suspicious Fires, MFFTC Class (6hours.)  Petoskey, MI

2004   Coordinate/ Instruct IAAI Expert Witness Courtroom Testimony Course. Troy, MI 8/04 (8 hours)

2003   Michigan Arson Prevention Committee Fall Insurance Seminar, Instruct (2 hours.)

2003   IASIU Training Seminar, instruct (2hours.)

2003   MSP-FMD Basic Fire Investigation Fall School, instruct (4hours.)

2003   MAPC Prosecutors Arson School, Instruct (4 Hours.)

2003   MSP-FMD Arson Follow-Up School, instruct, Tustin, MI (8 hours.)

2003   MSP-FMD Basic Fire Investigation Spring School, direct and instruct, Tustin, MI (80 hours.)

2003   MSP-FMD Advanced Fire Investigation Seminar, direct and instruct, Tustin, MI (40 hours.)

2003   MSP-FMD Arson Follow-Up School, direct and instruct, Tustin, MI (40 hours.)

2002   MSP-FMD, Basic Fire Investigation Fall School, direct and instruct, Tustin, MI (80 hours.)

2002   MSP-FMD Arson Follow-Up School, direct and instruct, Tustin, MI (40 hours.)

2002   MSP-FMD Advanced Fire Investigation Seminar, direct and instruct, Tustin, MI (40 hours.)

2002   MSP-FMD In-service Training Program. NFPA 921 update, Midland, MI (3 hours.)

2002   MSP-FMD Basic Fire Investigation Spring School, direct and instruct, Tustin, MI (80 hours.)

2002   Southern Ohio Arson Seminar, Basic Fire Investigation, Shawnee State University, Portsmouth, OH (3 hours.)

2002 IAAI Regional Training Seminar, Evidence Processing for Fire Investigation, Cadillac, MI (2 hours.)

2002 IAAI Regional Training Seminar, Evidence Processing for Fire Investigation, Bridgman, MI (3 hours.)

2001 IAAI Regional Training Seminar - Impact of NFPA 921 & 1033 on Fire Investigation, Bridgman, MI (4 hours.)

2001 MSP-FMD Advanced Fire Investigation Seminar, direct and instruct, Tustin, MI (40 hours.)

2001 IAAI Regional Training Seminar - Impact of NFPA 921 & 1033 on Fire Investigation, Sault Ste. Marie, MI (4 hours.)

2001 IAAI Michigan Arson School - Impact of NFPA 921 & 1033 on Fire Investigation, Mt. Pleasant, MI (4 hours.)

2001 MAPC Mobile Home Fire Investigation School, direct and instruct, Tustin, MI (40 hours.)

2000 MSP-FMD Arson Follow-Up School, direct and instruct, Tustin, MI (40 hours.)

1999 MSP-FMD Basic Fire Investigation Fall School, direct and instruct, Tustin, MI (80 hours.)

2000 MSP-FMD Vehicle Fire Investigation School, direct and instruct, Tustin, MI (40 hours.)

2001 MAPC Mobile Home Fire Investigation School, direct and instruct, Tustin, MI (40 hours.)

2000 Arson Investigation, Evidence Technician School, Lansing Community College, Lansing, MI (4 hours.)

2000 MSP-FMD Basic Fire Investigation Spring School, direct and instruct, Tustin, MI (80 hours.)

2000 IAAI Regional Training Seminar, Arson Awareness, Houghton, MI (4 hours.)

2000 MSP-FMD Advanced Fire Investigation Seminar, direct and instruct, Tustin, MI (40 hours.)

2000 IAAI Regional Training Seminar, Arson Awareness, Dowagiac, MI (4 hours.)

1999 MSP-FMD Arson Follow-Up School, Direct and instruct, Tustin, MI (40 hours.)

1998 MSP-FMD Basic Fire Investigation Fall School, direct and instruct, Tustin, MI (80 hours.)

1999 MSP-FMD Vehicle Fire Investigation School, direct and instruct, Tustin, MI (40 hours.)

2000 MAPC Mobile Home Fire Investigation School, direct and instruct, Tustin, MI (40 hours.)

1999 10th Annual Farm Bureau Insurance Investigation Seminar, NFPA 921, Traverse City, MI (2 hours.)

1999 Arson Investigation, Evidence Technician School, Lansing Community College, Lansing, MI (4 hours.)

1999 MSP-FMD Basic Fire Investigation Spring School, direct and instruct, Tustin, MI (80 hours.)

1999 MSP-FMD Advanced Fire Investigation Seminar, direct and instruct, Tustin, MI (40 hours.)

1999 MSP Basic Detective School, Lansing, MI (4 hours.)

1999 IAAI Regional Training Seminar, Basic Fire Investigation, Port Huron, MI (4 hours.)

1998 IAAI Regional Arson Training Seminar directed a live burn and conducted a training workshop, Alpena, MI (12 hours.)

1998 Michigan State Police-Fire Marshal Division, 2 Basic Fire Investigation, Advanced, Follow-Up and Vehicle Fire investigation schools, direct and instruct, Tustin, MI

1998 Michigan State Police Training Academy, instructed Basic Fire Investigation, Lansing, MI (4 hours.)

1997 Michigan State Police, Fire Marshal Division Training: 2 Basic Fire Investigation, Advanced, Follow up and Vehicle Fire investigation schools, Tustin, MI

1997 Juvenile Fire Investigation, MAPC Juvenile Arson Program, Kalamazoo, MI (2 hours.)

1997 Michigan Electrical Inspectors, Basic Fire Investigation, Southfield, MI (4 hours.)

1997   IAAI Regional Training Seminar, Bridgman, MI (4 hours.)

1997   Michigan Electrical Inspectors, Basic Fire Investigation, Southfield, MI (4 hours.)
1997   ATF Forensic Accounting Seminar, Task Force Approach to Major
Commercial Arson, Jekyll Island, GA (3 hours.)

1996 IAAI Regional Training Seminar, Fatal Fire Investigation, Riverview, MI (4 hours.)

1996 Downriver Arson Task Force Training, Fire Investigation, Flat Rock, MI (4 hours.)

1996   IAAI Regional Training Seminar, Case Preparation, Bridgman, MI (3 hours.)

1996   Fire Fighters Training Council, Fire Fighter I - Fire Cause Detection, Bridgman,
MI (3 hours.)

1996   Region IV Law Enforcement Training Council, Fire Investigation for Law
Enforcement, Bridgman, MI (3 hours.)

1996   IAAI Regional Training Seminar, Port Huron, MI (6 hours.)

1995   Michigan State Police, Fire Marshal Division, Basic Fire Investigation
School Co-coordinator and instructor, Tustin, MI (64-hr program)

1996   Kalamazoo Valley College, Criminal Justice Program, Arson Investigation,
Kalamazoo, MI (3 hours.)

1994   IAAI Regional Training Seminar, Origin and Cause Determination,
Adrian, MI (3 hours.)

1995   Michigan State Police Fire Marshal Division Basic Fire Investigation School,
Co-coordinator and instructor, Tustin, MI (64 hours)

1995   IAAI Regional Training, Fire Investigation, Marquette, MI (8 hours.)

1995   Michigan State Police, Fire Marshal Division, Advanced Arson Investigation
School, Accounting for Investigators, Tustin, MI (4 hours.)

1995   Berrien County Fire Fighters Training Committee, Fire Investigation, Berrien
County, MI (8 hours.)

1995   Michigan Arson Prevention Committee, Mobile Home Fire Investigation School,
Classroom instructor, field coordinator to live burn, test, Tustin, (32 hours)

1995   Michigan State Police, Fire Marshal Division, Advanced Fire Investigation
School, Accounting for Investigators, Tustin, MI (4 hours.)

19

1995   Michigan State Police, Fire Marshal Division, Basic Fire Investigation
School, Tustin, MI (64 hours.)

1994   Michigan Fire Fighter Training Council, Fire Fighter I Arson Detection (3 hours.)

1994   Michigan State Police, Fire and Arson Investigation for Law Enforcement,
Hastings, MI (16 hours.)

1994   Michigan State Police, Fire Marshal Division, Basic Fire Investigation School,
Determination of Point of Origin, Fatal Fire Investigation, Motives, Live Burn and
Scene Investigation, Tustin, MI (30 hours.)

1994   Michigan State Police, Fire Marshal Division, Advanced Fire Investigation
School, Accounting for Fire Investigators, Tustin, MI (4 hours.)

1993   IAAI Michigan Arson School, Determination of Origin and Cause,
Mt. Pleasant, MI (4 hours.)

1994   Michigan Fire Fighters Training Council, Fire Fighter I, Arson Detection, Berrien
Springs, MI (3 hours.)

1994    IAAI Regional Training Seminar, Basic Fire Investigation,
Petoskey, MI (12 hours.)

1994   Macomb Community College, Fire Science Program, Fire Investigation and
Documenting the Fire Scene, Fraser, MI (6 hours.)

1993   Michigan State Police, Fire Marshal Division, Basic Fire Investigation School
Determination of Point of Origin, Motives, Fatal Fire Investigation, live burn and
scene investigation, Tustin, MI, (24 hours)

1993   IAAI Regional Training Seminar, Documenting the Fire Scene,
Petoskey, MI (3 hours.)

1993   Michigan State Police, Fire Investigation for Law Enforcement, Follow-up
investigation, Motives, and Investigative Tools, Lawrence, MI (4 hours.)

1993   Michigan State Police, Fire Marshal Division, Advanced Fire Investigation
School Accounting for Investigators, Tustin, MI (4 hours.)

1993   IAAI Michigan Arson School. Documenting the Fire Scene Workshop,
Ypsilanti, MI (8 hours.)

1993   Michigan State Police, Fire Marshal Division, Basic Fire Investigation, Burn and
Scene Investigation, Sturgis Fire Department, Sturgis, MI (16 hours.)

1993   Fire Investigation for Law Enforcement, Lawrence, MI (4 hours.)

1993   Michigan State Police, Fire Marshal Division, Basic Fire Investigation School Determination of Point of Origin, Fatal Fires, Motives, Field Notes, Report Writing, Sketching, Live burns, Tustin, MI (40 hours.)

1992   IAAI Regional Training Seminar, Basic Fire Investigation, House burn and scene investigation, Manistique, MI (12 hours.)

1992   IAAI Michigan Arson School, Kalamazoo, MI (8 hours.)

1992   Macomb Community College, Documenting the Fire Scene, Fraser, MI (4 hours)

1992   Michigan State Police, Fire Marshal Division, Advanced Fire Investigation School, Accounting for Fire Investigators, Tustin, MI (4 hours.)

1991   IAAI Regional Training Seminar, Live Burn and Scene Investigation, Berrien Springs, MI (12 hours)

1992   Michigan State Police, Fire Marshal Division, Basic Fire Investigation School, House and vehicle burns (20 hours.)

1992   Kalamazoo Community College, Criminal Justice Program, Basic Fire Investigation, Kalamazoo, MI (3 hours.)

1991   Michigan State Police, Fire Marshal Division, Basic Fire Investigation Program, Sturgis Community Hall (2 hours.)

1991   Lake Michigan College, Criminal Justice Program, Basic Fire Investigation, Benton Harbor, MI (3 hours.)

1991   IAAI Regional Training Seminar, Basic Origin and Cause Determination, Dowagiac, MI (4 hours.)

1989   IAAI Regional Training Seminar, Origin and Cause Determination, Berrien Springs, MI (4 hours.)

1990   IAAI Regional Training Seminar, Origin and Cause Determination, Allegan, MI (4 hours.)

1988   Michigan State Police, Fire Marshal Division, Basic Origin and Cause Determination, Niles Twp., MI (8 hours.)

1988   Michigan State Police Fire Marshal Division, First Responder to Fire Scene, Buchanan, MI (7 hours.)

REV 1-25-18