# EXHIBIT D

Report of Scott Leroy

# Scott M. LeRoy
Specialist Sergeant
I.A.A.I. – Certified Fire Investigator
Michigan State Police – Fire Investigation Unit
Paw Paw Sub-unit

## Work Experience:

December 1989 – June 2000, Michigan State Police uniform road trooper assigned to the Ithaca post. Duties included traffic enforcement and criminal investigation. Starting in 1995 I was the designated Arson investigator for the post.

June 2000-June 2001, Michigan State Police uniform sergeant assigned to the Lakeview post. Duties included supervising road troopers and handling day to day post operations.

June 2001-present, Michigan State Police, Fire Investigation Unit assigned to the Paw Paw sub-unit. Duties include origin and cause investigations of fires and explosions and subsequent investigations.

2004 – 2009 I was the 5th District Methamphetamine lab coordinator for the Michigan State Police. Duties included assigning responders to lab call outs, maintain equipment, instruct lab responder annual refresher classes, and assist in tracking trends with meth labs in the 5th District.

## Formal Education:

Graduated from Houghton Lake High School, Houghton Lake, MI in 1985

Graduated from Lake Superior State University, Sault Ste. Marie, MI in 1989 with the following degrees

Bachelor of Science degree in Criminal Justice / Public Safety
Associate degree in Fire Science

## Specialized Training:

<u>Arson Follow-up School</u> – September 1995 presented by the Michigan State Police, Fire Marshal Division. Consisting of 24 hours of tested classroom instruction in the investigation of the crime of arson.

<u>Basic Fire Investigation School</u> – April 1998, presented by the Michigan State Police, Fire Marshal Division. This training has been accredited by the National Board on Fire Service Professional Qualifications. The training consisted of 68 hours of tested instruction in fire origin and cause determination that included classroom and practical instruction.

Advanced Fire Investigation School – March 1999, presented by the Michigan State Police, Fire Marshal Division. The training consists of 34 hours of tested classroom instruction on aspects of fire investigation and arson investigation.

Vehicle Fire School – October 2001, presented by the Michigan State Police, Fire Marshal Division, the training consists of 36 hours of tested classroom and practical instruction of vehicle fires and how to investigate them.

Incident Command System – December 2001, presented by the Michigan Fire Fighters Training council, the training consisted of 16 hours of tested classroom instruction of the National Fire Academy incident command system and how to use it.

Hazardous Materials Operations – January 2002, presented by the Michigan State Police, Hazardous Materials training center. The training consists of 24 hours of tested classroom and practical instruction of managing a hazardous materials incident.

Juvenile Arson School – January 2002, presented by the Michigan Arson Prevention Committee. The training consists of 20 hours of presentations about different aspects of fires where a juvenile is the fire setter.

Clandestine Methamphetamine Lab Safety Training – May 2002, presented by Network Environmental Systems. The training consists of 36 hours of tested classroom and practical instruction of recognizing and safe handling of Methamphetamine labs.

Modular & Mobile Home Fire Investigation – June 2002, presented by the Michigan Arson Prevention Committee. The training consists of 26 hours of tested classroom and practical instruction on the unique aspects of mobile home fires.

Investigation of Gas and Electric Appliance Fires – May 2003, presented by Fire Findings Inc. The training consists of 16 hours of tested classroom instruction on the investigation of appliance fires.

Post Blast Investigation School – July 2003, presented by the Bureau of Alcohol, Tobacco, Firearms, and Explosives. The training consists of 32 hours of classroom and practical instruction on explosions and bombing incidents.

Clandestine Methamphetamine Lab Site Safety Officer Training – October 2003, presented by Network Environmental Systems. The training consisted of 8 hours on overseeing and commanding a clandestine lab scene.

Fire Pattern Recognition and Identification – August 2005, presented by Public Agency Training Council. The training consisted of 16 hours of tested classroom instruction on fire pattern recognition.

<u>Clandestine Methamphetamine Lab Site Safety Office Training</u> – June 2006, presented by Network Environmental Systems. The training consisted of 24 hours of tested training on overseeing and commanding a clandestine lab scene. The training also allows me to conduct recertification and respirator fit testing for other clandestine lab responders.

<u>Incident Response to Terrorist Bombings</u> – May 2007, presented by New Mexico Tech. The training consisted of 32 hours of tested training and field work on explosive recognition and response to terrorist situations.

<u>Investigating Solid Fuel Burning Appliance Fires</u> – October 2012, presented by Fire Findings. The training consisted of 16 hours of tested training on potential failures with wood burning appliances.

<u>Residential Electricity For Fire Investigators</u> – May 2014, presented by Fire Findings. The training consisted of 16 hours of tested training on basic electrical systems and their potential failures.

<u>ATF Certified Fire Investigator Enclosure Course</u> – December 2014, presented by Bureau of Alcohol, Tobacco, Firearms, and Explosives - Fire Research Lab. The training consists of 64 hours of tested training on fire dynamics, thermo dynamics, fire chemistry, fire science, fire modeling, and fire behavior.

<u>Advanced Fire Investigation</u> – May 2016, presented by Michigan IAAI at Georgetown Twp. Fire Dept. The training consists of 24 hours of tested training in Fire Dynamics, Ventilation Effects, Gas fuel systems, Electrical systems.

<u>Ventilation Flow Path and Growth</u> – June 2017, presented by ATF at Kalamazoo Valley Community College. The training consists of 7 hours of tested training on how fire growth and travel are affected by ventilation.

<u>Hands-on Vehicle Fire Investigation</u> – July 2017, presented by Public Agency Training Council at Allendale, MI. The training consists of 20 hours of tested training on the investigation of vehicle fires that included a live burn exercise.

**Total hours of Specialized Training - 559 hours**

## Continuing Education:

<u>Michigan State Police – Fire Investigation Unit in-service schools attended</u>

July 31st – August 2rd 2001 in Tustin, MI. – 12 hours
July 31st – August 2nd 2002 in Tustin, MI – 12 hours
August 2nd – August 4th 2004 in Tustin, MI – 12 hours
September 26th and 27th 2013 in Grand Rapids, MI – 12 hours
September 25th and 26th 2014 in Grand Rapids MI – 12 hours
August 27th and 28th 2015 in Kalamazoo, MI – 12 hours

August 24th 2016 in Charlotte, MI – 6 hours
August 1st and 2nd 2017 in Muskegon Heights, MI – 12 hours
August 23rd and 24th 2018 in Traverse City, MI – 12 hours

**Total Hours – 102 hours**

International Association of Arson Investigators – Annual training schools

May 7th – May 10th 2002 in Boyne Falls, MI. – 32 hours
June 17th – June 20th 2003 in Grand Rapids, MI – 32 hours
May 25th – May 28th 2004 in Mt. Pleasant, MI – 32 hours
May 24th – May 26th 2005 in Midland, MI – 24 hours
May 23rd – May 26th 2006 in Midland, MI – 24 hours
May 22nd – May 25th 2007 in Bay City, MI – 24 hours
May 20th – May 23rd 2008 in Bay City, MI – 24 hours
May 12th – May 15th 2009 in Mt. Pleasant, MI – 24 hours
May 11th – May 14th 2010 in Mt. Pleasant, MI – 24 hours
May 24th – May 27th 2011 in Mt. Pleasant, MI – 24 hours
April 23rd – April 27th 2012 in Dover, Delaware – 36 hours
May 6th – May 10th 2013 in Orlando, Florida – 36 hours
April 14th – April 18th 2014 in Las Vegas, Nevada – 40 hours
May 23rd – May 26th 2017 in Bay City, MI – 28 hours
May 22nd – May 25th 2018 in Traverse City, MI – 28 hours

**Total hours – 432 hours**

CFItrainer.net

September 2006, 3 hours of tested training on the Scientific Method
June 2007, 4 hours of tested training on Motor Vehicle Fires
November 2008, 4 hours of tested training on Fatal Fires
March 2010, 4 hours of tested training on Arc Mapping
June 2010, 4 hours of tested training on Digital Photography
August 2010, 4 hours of tested training on Post Flashover Fires
September 2010, 4 hours of tested training on Marine Fires
May 2011, 4 hours of tested training on Explosion Dynamics
May 2011, 4 hours of tested training on changes to NFPA 921
August 2011, 4 hours of tested training on Evidence Examination
November 2011, 3 hours tested training on Ethics
July 2012, 4 hours tested training on the Station Nightclub fire
January 2013, 2 hours tested training on NFPA 1033 and Your Career
January 2013, 5 hours tested training of Wildland Fire Investigation
December 2013, 4 hours tested training Ventilation Impact of Structures on Fire
March 2014, 3 hours tested training on changes to NFPA 1033 & 921
March 2014, 4 hours tested training on Basic Electricity
June 2014, 4 hours tested training on Residential Electrical Systems

January 2015, 3 hours tested training on Process of Elimination
May 2015, 3 hours tested training on Residential Natural Gas Systems
August 2015, 3 hours tested training on Investigating Natural Gas Systems
March 2016, 3 hours tested training on Investigating Fires involving Line-of-Duty Death
May 2017, 3 hours tested training on Motor Vehicles: Engine, Ignition, Electrical, and Fuel Sys
August 2017, 3 hours tested training on Motor Vehicles: Transmission, Exhaust, Brakes
November 2017, 3 hours tested training on Fire Chemistry

**Total hours – 89 hours**

**Total hours of Continuing Education – 623 hours**

## Instructional Activities:

I am an instructor for the Michigan Fire Fighters Training Council for <u>Detection of Arson and Suspicious Fires</u> and <u>Clandestine Drug Lab Awareness</u>.

I have also instructed the following classes.

Accidental Fire Causes – two hour class at the Michigan State Police basic fire investigation class in Tustin, MI

Fatal Fire Investigation – two hour class at the Michigan State Police basic fire investigation class in Tustin, MI

Meth Lab Fires - a two hour course teaching fire departments how to recognize the components of a Methamphetamine lab and the proper way to handle the labs

<u>Live Burn Exercises</u>

I have participated and acted as an instructor in over 30 live burn training exercises through out central Michigan.

I was a key member of a study group examining the fire dangers of "one-pot" style methamphetamine labs in 2008. This was one of the only groups in the nation doing experiments with "one-pot" style labs.

## Professional Affiliations:

International Association of Arson Investigators
Michigan chapter of International Association of Arson Investigators

## Awards and Recognition:

May 2004 - Investigator of the year for the International Association of Arson Investigators – Michigan Chapter.

November 2004 – Recognized for professional excellence by the Michigan State Police.

April 2005 - Certified Michigan Fire Fighter I & II, I successfully passed all requirements of the Michigan Fire Fighters Training Council to become a certified Fire Fighter in the State of Michigan.

January 2006 – Recognized as a certified fire investigator by the International Association of Arson Investigators.

February 2009 – Recognized for excellence by the Michigan Association of Chiefs of Police.

May 2010 – Investigator of the year for the International Association of Arson Investigators – Michigan Chapter

January 2012 – Recognized as a certified instructor by the International Association of Arson Investigators.

May 2017 – Investigator of the year for the International Association of Arson Investigators – Michigan Chapter.

## Published Articles:

October 2006, Arson News (I.A.A.I. Michigan chapter news letter), "Meth lab fire dangers"

February 2007, The Investigator (I.A.S.I.U. Michigan chapter news letter), "Meth lab fire dangers"

November 2008, CSAlert (NES news letter), "One Pot / Shake N' Bake: A Danger Among Us"

November 2009, CSAlert (NES news letter), One-Pot / Shake N' Bake: A Danger Among Us, Part II"

## Work Experience:

Fire Investigation:

As of October 1, 2018 I have investigated or assisted with the investigation of 1462 fire scenes. Of those scenes I've done the following.

- 121 fatal fires
- 27 explosion scenes
- 50 meth lab fires

Methamphetamine Labs:

As of July 1, 2018 I have processed or assisted processing 143 lab scenes.

## Expert Witness Testimony:

*I have testified as an expert witness 44 times in the following courts in the area of fire investigation.*

7 times in the 36th Circuit court of VanBuren county

10 times in the 7th District court of VanBuren county

4 times in the 48th Circuit court of Allegan county

4 times in the 57th District court of Allegan county

1 time in family court of Allegan county

3 times in the 5th District court of Berrien county

1 time in the 2nd Circuit court of Berrien county

2 time in the 9th Circuit court of Kalamazoo county

1 time in the 8th District court of Kalamazoo county

1 time in the 15th Circuit court of Branch county

1 time in the 3rd District court of Branch county

1 times in the 3B District court of St. Joseph county

2 times in the 45th Circuit court of St. Joseph county

1 time in the 56th District court of Eaton county

1 time in the 63-2 District court of Kent county

2 times in the 10th District court of Calhoun county

1 time in an administrative hearing for the Michigan Department of Consumer and Industry Services in Lansing.

1 time in the United States District court of Lansing.

*I have testified as an expert witness 3 times in the following courts in the area of methamphetamine labs.*

1 time in the 5th District court of Berrien county.

1 time in the 45th Circuit court of St. Joseph county.

1 time in the United States District court of Port Huron

| | | |
|---|---|---|
| **Michigan Department of State Police** <br> **ORIGINAL INCIDENT REPORT** | ORIGINAL DATE <br> Sun, Jan 07, 2007 | INCIDENT NO. <br> 004-0000018-07 (R4) |
| | TIME RECEIVED <br> 2055 | FILE CLASS <br> 95006 |
| | WORK UNIT <br> MSP FIRE MARSHAL LANSING | COUNTY <br> Van Buren |
| COMPLAINANT <br> STEVE LEACH | | TELEPHONE NO. <br> (269)674-8833 |
| ADDRESS: STREET AND NO. <br> 205 PAW PAW STREET | CITY <br> LAWRENCE | STATE MI / ZIP CODE 49064- |
| INCIDENT STATUS <br> Open | | |

# FATAL HOUSE FIRE

### INFORMATION:

I was contacted by cell phone on Sunday, 1-7-07 at approximately 4:30p.m. and advised of a fatal fire in Lawrence. I responded to the scene immediately.

### VENUE:

VAN BUREN COUNTY, LAWRENCE TWP
66598 C.R. 215

### DATE & TIME:

TIME OF FD CALL SUN, JAN 07, 2007 AT 1531
TIME FD ON SCENE SUN, JAN 07, 2007 AT 1541
TIME FD CLEARED SUN, JAN 07, 2007 AT 2040

TIME OF INVESTIGATION SUN, JAN 07, 2007 AT 1800

### SCENE:

The scene is a two story house sitting on the west side of a rural county road sitting a considerable distance off the road.

### WEATHER:

The weather at the time of the fire was 35 degrees, light rain with a 6 mph wind out of the south southeast.

### FIRE DEPARTMENT:

The fire was extinguished by Lawrence Fire Department with mutual aid from Watervliet Fire Department, Hartford Fire Department, Bangor Fire Department, and Decatur Fire Department.

| PAGE <br> 1 of 9 | INVESTIGATED BY <br> SGT SCOTT LEROY | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sun, Jan 07, 2007 | INCIDENT NO.<br>004-0000018-07 (R4) |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED<br>2055 | FILE CLASS<br>95006 |

## POLICE DEPARTMENT:

The incident is being investigated by Van Buren County Sheriff Department. The lead investigator is Detective TOM MACYAUSKI, complaint #07-68027.

## COMPLAINANT:

NAM: STEVE LEACH
P.O. Box/Building: LAWRENCE FIRE DEPT        RAC:        ETH:
NBR: 205          DIR:                       SEX:        OPS:
STR: PAW PAW                                 DOB:        SSN:
SFX: STREET                                  HGT:        SID:
CTY: LAWRENCE     ST: MI                     WGT:        FBI:
TXH:              ZIP: 49064                 HAI:        MNU:
TXW: (269)674-8833                           EYE:        PRN:

## INTERVIEW COMPLAINANT:

The complainant is the fire chief for Lawrence Twp. Fire Department. He indicated as he was responding to the scene after the dispatch in his personal vehicle he was approximately one quarter of a mile away when he could see the house. He indicated at that point he could see that flames had vented through the roof towards the center of the back of the house. When he arrived on scene he immediately noticed a seriously injured victim sitting out in the driveway on the north side of the house and he immediately began first aid procedures on the victim. He was assisted by bystanders in an attempt to move the victim further away from the fire scene. They placed the victim in a small toy boat and used that to drag him further away from the fire scene. The victim eventually died at the scene.

The other fire department members arrived on scene to begin suppression of the house. When they came around the house, the fire was still heavily venting through the roof towards the center of the back of the house. It appeared that the floor in the middle of the house was already collapsing. Due to that fact, no interior suppression activities were initiated.

## SUMMARY OF POLICE INVESTIGATION:

I made contact with detectives from Van Buren County Sheriff Department at the scene and they briefed me on the investigation up to that point. They indicated that there appeared to be only two adults home at the time of the fire, the deceased victim, TODD, and his wife LINDA. The sheriff's department conducted preliminary interviews with LINDA. Her statements were that on this date at approximately noon their kids left the house to go to the mall in Portage, leaving her and TODD home alone. They had been arguing. LINDA was downstairs doing the laundry while TODD was upstairs in the living room area sitting in a chair watching television. She indicated when she was downstairs she all of a sudden heard TODD scream. She went upstairs and noticed smoke and the glow of fire coming from the living room. She did not see TODD at that point and she quickly exited the residence.

| PAGE<br>2 of 9 | INVESTIGATED BY<br>SGT SCOTT LEROY | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sun, Jan 07, 2007 | INCIDENT NO.<br>004-0000018-07 (R4) |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED<br>2055 | FILE CLASS<br>95006 |

She then went to get into the family vehicle to go for help. Due to the heavy rain and mud, she could not get traction with the van and attempted to drive around the house in order to exit. When she got around to the back of the house she noticed TODD was standing to the north of the house trying to remove his clothes and obviously badly burned. At that point she exited the vehicle and went and laid on top of him.

The sheriff's department also revealed that early in the fire two neighbors were driving by in a vehicle and saw the fire and pulled into the driveway. As they pulled into the driveway they saw the STERMERS van on the east side of the structure drive around the north side, parking on the west side. They were the ones who initially called 911 and discovered TODD badly burned to the north of the structure. The sheriff department detectives discovered that the STERMERS van appeared to have blood on the front bumper and the tracks appeared to lead back to the position where TODD STERMERS body was discovered. The sheriff's department impounded the van for the crime lab to process.

The Van Buren Sheriff Department detectives further interviewed LINDA about possible fire sources in the structure. She indicated that there was a fire burning in the upstairs fireplace. When asked if they used any kerosene heaters, LINDA indicated that no kerosene heaters were used in the house however there were two oil candles in the living room. She indicated there was no other problems with anything else in the house.

## VICTIM:

NAM: LINDA KAY STERMER

NBR: 66598   DIR:
STR: C.R. 215
SFX:
CTY: LAWRENCE       ST: MI
TXH:                ZIP: 49064
TXW:

RAC: W         ETH:
SEX: F         OPS:
DOB: 11/16/1964  SSN:
HGT:           SID:
WGT:           FBI:
HAI:           MNU:
EYE:           PRN:

## FATAL VICTIM:

NAM: TODD JOSEPH STERMER

NBR: 66598   DIR:
STR: C.R. 215
SFX:
CTY: LAWRENCE       ST: MI
TXH:                ZIP: 49064
TXW:

RAC: W         ETH:
SEX: M         OPS:
DOB: 11/22/1964  SSN:
HGT:           SID:
WGT:           FBI:
HAI:           MNU:
EYE:           PRN:

## LOCATION OF FATAL VICTIM:

When I arrived on scene the victim was approximately 100 yards northeast of the structure where emergency personnel had moved him. He remained on scene at that point.

| PAGE<br>3 of 9 | INVESTIGATED BY<br>SGT SCOTT LEROY | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sun, Jan 07, 2007 | INCIDENT NO.<br>004-0000018-07 (R4) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>2055 | FILE CLASS<br>95006 |

### DESCRIPTION OF VICTIM:

Beginning the description of the victim at his head, his head and face show severe burns. All the hair has been burned off, with skin peeling off. The severe burns continue down around the neck and shoulder area. The same kind of severe burns are to both shoulders and decreases somewhat as it moves down the arms. There are severe burns to both hands and includes a large amount of skin peeling away from the hands. There is less burning in the chest area. The abdomen shows redness. There is no indication of any clothing on the upper torso of the victim. The victim is wearing a wedding band on his left ring finger. There is several items of clothing around the victim's lower extremities. It was learned most of this clothing was from bystanders covering him up during first aid. The front of his legs are very red with significant burning to them. Around his ankles are a pair of grey sweat pants and underwear. He is also wearing white socks. These clothing items had a detectible odor of liquid accelerant on them. The clothing did not show considerable burn damage.

Examination of the back of the victim shows very little burn damage to the victim's back. However, there is some indication of minor trauma wounds to his lower back area. Just below his head there is significant burning. There is redness to the victim's right hip and buttocks area as well as redness to the upper right thigh area. There is skin peeled away on his lower legs, however, the amount of burning on his lower legs is less than other areas of his body.

I seized the grey sweat pants that the victim was wearing at the scene.

### MEDICAL EXAMINER:

AMY DARLING, Van Buren County Medical Examiner Investigator was on scene.

### AUTOPSY:

The autopsy was performed at Sparrow Hospital in Lansing. Detective MACYAUSKI from Van Buren County Sheriff Department attended the autopsy. The preliminary cause of death was listed as Thermal Burns and Inhalation of Products of Combustion.

### SEARCH WARRANT:

The Van Buren County Sheriff Department obtained a search warrant to conduct a scene investigation the following day.

### UTILITIES:

The house is serviced by electricity and fuel oil.

| PAGE<br>4 of 9 | INVESTIGATED BY<br>SGT SCOTT LEROY | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE Sun, Jan 07, 2007 | INCIDENT NO. 004-0000018-07 (R4) |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 2055 | FILE CLASS 95006 |

### INSURANCE:

The house is insured with Farm Bureau Insurance Company. The structure is insured for $275,500.00 and the contents insured for $192,900.00. Farm Bureau hired JAMES SHINSKY with Kerby Bailey and Associates as their origin and cause investigator.

### FM-64:

The sheriff department detectives requested that I obtain statements LINDA had made to the insurance company investigator and to get copies as soon as possible. I submitted an FM-64 for those statement to Farm Bureau Insurance Company on 1-10-07.

### ACCELERANT CANINE:

? Sgt. RICK HETU with the MSP Canine Unit arrived at the scene and ran his accelerant canine through the scene. The canine had no alerts on the scene.

### EVIDENCE:

? I took possession of all the clothing that was on the victim TODD STERMER and also the clothes that LINDA STERMER was wearing which were seized by the sheriff's department. Also seized was a one gallon gasoline can located on the east side of the residence. All of those items have been submitted to the Grand Rapids Laboratory for analysis.

### PROPERTY:

SEIZED BY: S LEROY
Prop 0001 - Desc: GRAY SWEAT PANTS  Type: Miscellaneous
Obtained From: 66598 C.R. 215
Lawrence Twp
Van Buren County  At or Near:
OFF FATAL VICTIM

Prop 0002 - Desc: I GALLON RED PLASTIC GASOLINE CAN  Type: Miscellaneous
Obtained From: 66598 C.R. 215
Lawrence Twp
Van Buren County  At or Near:
SOUTHEAST YARD OF HOUSE

? Prop 0003 - Desc: SWEATER, PANTS, SOCKS OF LINDA STERMER  Type: Miscellaneous  *not wearing shoes*
Obtained From: 205 S KALAMAZOO ST
Paw Paw MI
Van Buren County  At or Near: VANBUREN CTY SHERIFFS DEPT
VANBUREN CTY SHERIFF'S EVIDENCE ROOM

| PAGE 5 of 9 | INVESTIGATED BY SGT SCOTT LEROY | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sun, Jan 07, 2007 | INCIDENT NO.<br>004-0000018-07 (R4) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>2055 | FILE CLASS<br>95006 |

Prop 0004 - Desc: TAN COAT FROM ON TOP OF TODD STERMER  Type: Miscellaneous
Obtained From: 205 S KALAMAZOO ST
Paw Paw  MI
Van Buren County  At or Near: VANBUREN CTY SHERIFFS DEPT
VANBUREN CTY SHERIFF'S EVIDENCE ROOM

Prop 0005 - Desc: RED SWEATSHIRT THAT WAS ON TOP OF TODD STERMER  Type: Miscellaneous
Obtained From: 205 S KALAMAZOO ST
Paw Paw  MI
Van Buren County  At or Near: VANBUREN CTY SHERIFFS DEPT
VANBUREN CTY SHERIFF'S EVIDENCE ROOM

Prop 0006 - Desc: BLUE SHIRT AND WHITE TOWEL FROM ON TOP OF TODD STERMER  Type: Miscellaneous
Obtained From: 205 S KALAMAZOO ST
Paw Paw  MI
Van Buren County  At or Near: VANBUREN CTY SHERIFFS DEPT
VANBUREN CTY SHERIFF'S EVIDENCE ROOM

Prop 0007 - Desc: BROWN SHIRT FROM ON TOP OF TODD STERMER  Type: Miscellaneous
Obtained From: 205 S KALAMAZOO ST
Paw Paw  MI
Van Buren County  At or Near: VANBUREN CTY SHERIFFS DEPT
VANBUREN CTY SHERIFF'S EVIDENCE ROOM

Prop 0008 - Desc: SILVER QUART PAINT CAN LABELED TODD STERMER'S UNDERWEAR  Type: Miscellaneous
Obtained From: 205 S KALAMAZOO ST
Paw Paw  MI 49079
Van Buren County  At or Near: VANBUREN SHERIFF'S OFFICE
DET. ROUGHT'S OFFICE

Prop 0009 - Desc: SILVER QUART PAINT CAN MARKED TODD STERMER'S LEFT SOCK  Type: Miscellaneous
Obtained From: 205 S KALAMAZOO ST
Paw Paw  MI 49079
Van Buren County  At or Near: VANBUREN SHERIFF'S OFFICE
DET. ROUGHT'S OFFICE

Prop 0010 - Desc: SILVER QUART PAINT CAN LABELED TODD STERMER'S RIGHT SOCK  Type: Miscellaneous
Obtained From: 205 S KALAMAZOO ST
Paw Paw  MI 49079

| PAGE<br>6 of 9 | INVESTIGATED BY<br>SGT SCOTT LEROY | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sun, Jan 07, 2007 | INCIDENT NO.<br>004-0000018-07 (R4) |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED<br>2055 | FILE CLASS<br>95006 |

Van Buren County At or Near: VANBUREN SHERIFF'S OFFICE
DET. ROUGHT'S OFFICE

Prop 0011 - Desc: SILVER GALLON PAINT CAN LABELED TODD STERMER'S SHIRT Type: Miscellaneous
Obtained From: 205 S KALAMAZOO ST
Paw Paw MI 49079
Van Buren County At or Near: VANBUREN SHERIFF'S OFFICE
DET. ROUGHT'S OFFICE

## LAB RESULTS:

Lab analysis of the above property showed the following;

Items 1,2, 8,9,10, and 11 showed the presence of gasoline.

All other items did not show any identifiable petroleum products.

The items with gasoline are the clothes that TODD STERMER was wearing.

## SKETCH:

The overall scene was sketched by DON GOULOOZE, a lieutenant with Berrien County Sheriff Department. Sgt. GREG STORMZAND also provided a rough sketch of the structure.

## PHOTOGRAPHS:

I took digital photographs of the victim and the scene.

## EXTERIOR EXAM:

Beginning the exterior exam at the front or east side of the first story shows indications of some minor fire venting out of the southern window and also venting out of the northern window. In the center of the east side is the doorway. There are no indications of fire venting out of the front door. On the east side in the yard is also located a one gallon red gasoline can. The second floor section of the east side does not show any significant fires venting out of the window, however the second floor is collapsed in towards the interior.

Examination of the north side shows indications of fire venting out of the first floor doors and window. The second floor is collapsed in. Also sitting next to the house on the north side is a fuel oil tank with the gauge indicating 1/8 full. To the driveway to the north side was where the victim was located by the first arriving fire personnel.

On the west side is an area of a walk out basement. The windows and doors on the walk out basement section only shows some minor fire venting out of the southern window. In the center of the structure is a bow section

| PAGE<br>7 of 9 | INVESTIGATED BY<br>SGT SCOTT LEROY | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sun, Jan 07, 2007 | INCIDENT NO.<br>004-0000018-07 (R4) |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED<br>2055 | FILE CLASS<br>95006 |

with indications of large windows. There are indications of heavy fire coming out of that area. There is minor fire coming out of the northern first floor window and also minor fire coming out of the southern first floor window. There is an area of burn through to the exterior directly above the basement walk out doors which would be consistent with the manufactured floor joists.

On the south side there are indications of fire coming out of the peak of the roof. There are also indications of light fire coming out of the first floor windows. Examining the roof shows the eastern half of the two story section intact but collapsed toward the center and also the northern room is intact. The area of complete roof consumption is in the center west portion of the structure which would be above the living room section. The roof section to the south is still intact with one area burning directly from the area of the living room. Also on the south side is a power pole with the electric meter on it. The electric meter is still intact with no indications of fire around it.

## INTERIOR EXAM:

The interior has significant structural collapse. The east side of the structure is multiple stories. There is minimal fire damage to the upstairs rooms however there is significant collapse back towards the center of the structure. There is also a heavy amount of unburned debris to the eastern half of the structure and the northern part of the structure. On the same floor on the west side there is a living room area with a cathedral ceiling and a bedroom in the southwest corner. In both of those areas the floor is collapsed. The drywall is still in place in the bedroom and the roof is still intact. There are still wall sections that are unburned and suspended with the floor collapsed out from underneath it. Remnants of the floor joists shows heavy burning underneath the floor.

In the area of the living room there is complete consumption of all combustible materials. There are no large roof sections and the floor is totally consumed including the floor joists which are totally consumed. To the east wall of the living room are remnants of the fireplace. The wall that the fireplace is set into is still intact. The 2 x 4 directly over the fireplace has limited fire damage and the wall above the fireplace, though charred, is drastically less charred than other areas of the living room. In the basement section directly under the living room area is also under the fireplace that shows heavy char however still intact. There is heavy char in the basement. Directly underneath the living room area there is almost complete destruction.

In the area underneath the southwest bedroom there are large pieces of unburned debris. To the north of the fireplace in the basement is the fuel oil furnace. The fuel oil lines are still intact. There is significant damage due to structural collapse on the furnace however there is still wall sections intact around the furnace indicating this is not the origin of the fire. Against the southern wall is the washer and dryer. There were clothes in both appliances. There is fire damage however not as severe as in other areas of the basement. Against the east wall is the utility room with an electric hot water heater and power panel located within that. There is fire damage however less than in previous areas. In this area there is significant structural collapse.

## ORIGIN:

The origin of the fire is within the living room on the main floor on the west end of the structure.

| PAGE<br>8 of 9 | INVESTIGATED BY<br>SGT SCOTT LEROY | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sun, Jan 07, 2007 | INCIDENT NO.<br>004-0000018-07 (R4) |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED<br>2055 | FILE CLASS<br>95006 |

**CAUSE:**

Given the unburned and less burned structural members around the fireplace, this can eliminate a malfunction of the fireplace being the cause. Given the time of day, the complete destruction of the living room floor and roof over the living room, would be inconsistent with any accidental cause for a fire. The presents of gasoline on the victim, makes this an arson fire.

**STATUS:**

Open further investigation

? N' and how did Todd get gas on himself

| PAGE<br>9 of 9 | INVESTIGATED BY<br>SGT SCOTT LEROY | REPORTED BY | REVIEWED BY |
|---|---|---|---|