# EXHIBIT E

Curriculum Vitae for John Hooker



*"Your Fire Experts"*

# Jack Hooker, Certified Fire Investigator

**State-Wide Consulting & Investigating, LLC**
P.O Box 348
Mason, MI 48854

Phone: 1-855-852-FIRE (3473) ext. 12
Fax: 1-888-845-4860
E-mail: jack@statewideci.com

### Positions Held

*Co-Founding Member/Fire & Explosion Investigator,* 2007-Present
State-Wide Consulting & Investigating, LLC
- Fire/Explosion Origin and Cause Investigations
- Supervision and Oversight of Operations

*Specialist/Sergeant,* 2000-2008 (Retirement 04/2008)
Michigan State Police, Fire Marshal Division, Fire Investigation Unit
- Fire/Explosion Origin and Cause Investigations
- Criminal Investigations Related to Fires and Explosions
- Teaching and Instruction at Fire Investigations Schools

*State Trooper,* 1994-2000
Michigan State Police
- General Road Patrol Duties
- Criminal Investigations

*Firefighter,* 1991-2002
Ottawa Lake Fire Department, Ottawa Lake, MI
- Fire Suppression
- Emergency Medical Response

*Assistant Fire Chief,* 2002-2005
Ottawa Lake Fire Department
- Supervision of Fire Suppression Operations
- Fire Origin and Cause Investigations
- Departmental Administration Duties

*Police Officer,* 1993-1994
Sylvania Township, Ohio
- General Road Patrol Duties
- Criminal Investigations

Page 1_____Jack Hooker, Curriculum Vitae



*"Your Fire Experts"*

# Jack Hooker, Certified Fire Investigator

### Fire Origin and Cause Expert Witness Testimony
- 1ST *District Court*, Monroe County
- 38th *Circuit Court*, Monroe County
- 38th *Circuit Court*, Juvenile Division, Monroe County
- 22nd *Circuit Court*, Washtenaw County
- 14th *District Court*, Washtenaw County
- 30th *District Court*, Highland Park, Wayne County
- 12th *District Court*, Jackson County
- 26th *District Court*, Ecorse, Wayne County
- 3rd *Circuit Court*, Wayne County
- 2nd *District Court*, Lenawee County
- 39th *District Court*, Wayne County
- State of Michigan Court of Appeals, *People v. Holzer*
- 6th *Circuit Court*, Oakland County, Depositions, Circuit Court Trials
- *United States District Court*, Eastern District of Michigan
- Multiple Depositions in Multiple Court Jurisdictions

### Professional Training
*Firefighter I a/b*
Michigan Firefighters Training Council, 02/1992

*50th Basic Police Academy*
Criminal Justice Training Center (Sylvania, OH), 1994

*Michigan State Police 109th Trooper Recruit School*
Michigan State Police, 1994

*Fire Investigation for Police Officers*
Criminal Justice Council, 6 hrs., 03/1996

*Arson Follow-Up Investigations*
Michigan State Police, 33 hrs., 10/1998

*Basic Fire Investigation*
Michigan State Police, 68 hrs., 04/1999

*Modular and Mobile Home Fire Investigation*
Michigan Arson Prevention Committee/Michigan State Police, 28 hrs., 06/1999

*Advanced Fire Investigation*
Michigan State Police, 34 hrs., 03/2000

*51st Annual Seminar*
International Association of Arson Investigators, 28 hrs., 05/2000

Page 2_____Jack Hooker, Curriculum Vitae



*"Your Fire Experts"*

## Jack Hooker, Certified Fire Investigator

**Professional Training Cont.**

*Fire/Arson Investigation*
Macomb Community College, 26 hrs., 05/2000

*Vehicle Fire Investigation*
Michigan State Police, 36 hrs., 08/2000

*Cargo Tank Training*
Michigan Firefighters Training Council, 09/2000

*Educational Methodology*
Michigan Firefighters Training Council, 11/2000

*Instructor Orientation*
Michigan Firefighters Training Council, 11/2000

*Annual Arson School*
IAAI Michigan Chapter, 05/2001

*Public Safety Bioterrorism Orientation*
Washtenaw County Emergency Management Division, 02/2002

*Annual Arson School*
IAAI Michigan Chapter, 05/2002

*Annual Arson School*
IAAI Michigan Chapter, 06/2003

*Post-Blast Investigation*
Bureau of Alcohol, Tobacco, Firearms and Explosives, 32 hrs., 08/2003

*Basic Detective School*
Michigan State Police, 36 hrs., 01/2004

*Rapid Intervention Train the Trainer*
Monroe County Firefighters Association, 01/2004

*Annual Arson School*
IAAI Michigan Chapter, 05/2004

*In-Service Training, Fire Investigation Unit*
Michigan State Police, 20 hrs., 08/2004

*Annual Arson School*
IAAI Michigan Chapter, 05/2005

Page 3_____Jack Hooker, Curriculum Vitae


*"Your Fire Experts"*

# Jack Hooker, Certified Fire Investigator

**Professional Training Cont.**

*Fire Pattern Recognition and Identification*
Public Agency Training Council, 16 hrs., 08/2005

*Annual Arson School*
IAAI Michigan Chapter, 5/2006

*Incident Response to Terrorist Bombings*
New Mexico Tech University, 32 hrs., 03/2007

*National Incident Management System*
U.S. Department of Homeland Security, 03/2007

*Annual Arson School*
IAAI Michigan Chapter, 05/2007

*Annual Arson School*
IAAI Michigan Chapter, 05/2008

*Insurance and The Fire Investigation*
IAAI, CFI Trainer.net, 4 hrs., 09/2008

*Critical Decisions & Success In The Court Room*
IAAI, New Jersey Chapter, 20 hrs., 03/2010

*Vehicle Fires/Forensics*
IAAI, Pennsylvania Chapter, Bucks County Community College, 18.75 hrs., 06/2010

*Effective Investigation & Testimony*
IAAI, West Palm Beach, FL, 8 hrs., 01/2011

*Annual Arson School*
IAAI, Michigan Chapter, 24 hrs., 05/2012

*Indiana Fire Investigation Conference*
IAAI, Indiana Chapter, 21 hrs., 08/2014

*DNA*
IAAI, CFI Trainer.net, 3 hrs., 03/2016

*NFPA 1033 and Your Career*
IAAI, CFI Trainer.net, 2 hrs., 03/2016

Page 4_____Jack Hooker, Curriculum Vitae



*"Your Fire Experts"*

## Jack Hooker, Certified Fire Investigator

**Professional Training Cont.**

*The Practical Application of the Relationship Between NFPA 1033 and NFPA 921*
IAAI, CFI Trainer.net, 2 hrs., 03/2016

*The Scientific Method for Fire and Explosion Investigation*
IAAI, CFI Trainer.net, 3 hrs., 03/2016

*Documenting the Event*
IAAI, CFI Trainer.net, 4 hrs., 03/2016

*Ethics and the Fire Investigator*
IAAI, CFI Trainer.net, 3 hrs., 03/2016

*Evidence Examination*
IAAI, CFI Trainer.net, 4 hrs., 03/2016

*Introduction to Evidence*
IAAI, CFI Trainer.net, 4 hrs., 04/2016

*Physical Evidence at the Fire Scene*
IAAI, CFI Trainer.net, 4 hrs., 04/2016

*Understanding Fire Through the Candle Experiments*
IAAI, CFI Trainer.net, 4 hrs., 04/2016

*Using Resources to Validate Your Hypothesis*
IAAI, CFI Trainer.net, 2 hrs, 10/2016

**Certificates and Licenses**

*Certified Fire Investigator*
International Association of Arson Investigators, Certificate No. 05-050

*Fire Investigator, NFPA 1033*
National Board on Fire Service Professional Qualifications, Certificate No. 72228

*Firefighter*
Michigan Firefighters Training Council

*Professional (Private) Investigator*
States of Michigan, Ohio, Indiana and Wisconsin



*"Your Fire Experts"*

# Jack Hooker, Certified Fire Investigator

### Instruction Experience

*Fire Origin and Cause*
Michigan Firefighters Training Council

*Live Burn Demonstrations*
Michigan State Police

*Incendiary Fires*
Michigan State Police, Basic Fire Investigation

*Major Case Preparation*
Michigan State Police, Basic Fire Investigation

*Detection of Arson and Suspicious Fires*
Michigan Office of Firefighter Training

*Incident Response to Terrorist Bombings*
New Mexico Tech University (IAAI Michigan Chapter)

*Mobile Home Fire Investigation, Live Burn Scenarios*
Michigan Arson Prevention Committee

*Expert Opinion and Testimony*
State-Wide Consulting & Investigating, presented multiple times

*Utilizing Resources for an Effective and Efficient Investigation*
State-Wide Consulting & Investigating, presented multiple times

*Incendiary Fire Causes and Factors*
State-Wide Consulting & Investigating, Kalamazoo County, MI 80 Hr. Fire Investigation Class



*"Your Fire Experts"*

# Jack Hooker, Certified Fire Investigator

### Education
*Associate of Applied Science in Law Enforcement Technology*
The University of Toledo, 06/1993

### Awards
*Professional Excellence (Multiple Arson/Homicide Investigation)*
Michigan State Police, 02/2005

*Top Academic Award*
Criminal Justice Training and Education Center, Toledo, OH (50th Basic Police Academy) 01/1994

### Professional Organizations
- International Association of Arson Investigators (IAAI)
- IAAI Michigan Chapter (Past Director)
- IAAI Ohio, Indiana, Wisconsin, Illinois Chapters (Member)
- Upper Peninsula Insurance Professionals Association
- Honorable Order of The Blue Goose