UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA STERMER,
    Petitioner,

-v-                                                   Case No. 2:12-CV-14013
                                                      HON. ARTHUR J. TARNOW

MILLICENT WARREN,
    Respondent.
_____/

**ORDER AUTHORIZING PAYMENT OF EXPERT WITNESS SERVICES**
At a session of said Court, held in the Theodore Levin
Courthouse, Detroit, Michigan, on: January 11, 2019

PRESENT: **<u>HON. ARTHUR J. TARNOW</u>**
United States District Judge

Petitioner's Ex Parte Application for Authorization and Payment of Expert Witness, together with supporting documents having been filed September 6, 2018 demonstrating financial ability of Petitioner, and the Court being duly advised in the premises and Petition being advised that an hourly rate be provided (see attached):

IT IS HEREBY ORDERED that the request for authorization to retain and pay expert witness for fire investigation is hereby GRANTED.

IT IS FURTHER ORDERED that expert witness Robert J. Trenkle is authorized to be retained on Petitioner's behalf and payment of $200 per hour, for 17 hours equating to $3,400.00 from CJA is approved.

SO ORDERED.

                                                      s/Arthur J. Tarnow
                                                      HON. ARTHUR J. TARNOW
                                                      United States District Judge

DATED: January 11, 2019