UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA STERMER,

    Petitioner,

v.

MILLICENT WARREN,

    Respondent.

CASE NO. 2:12-cv-14013

HON. ARTHUR J. TARNOW

MAG. DAVID R. GRAND

## NOTICE OF APPEAL

Notice is hereby given that Millicent Warren, Respondent, in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion & Order/Judgment entered in this action on December 20, 2018.

Respectfully submitted,

Dana Nessel
Attorney General

s/Linus Banghart-Linn

Assistant Attorney General
Criminal Appellate Division
P.O. Box 30217
Lansing, MI  48909
(517) 373-4875
Banghart-linnl@michigan.gov
P73230

Dated: January 18, 2019

## Certificate of Service

I hereby certify that on January 18, 2019, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    HONORABLE ARTHUR J. TARNOW
    MAGISTRATE JUDGE DAVID R. GRAND
    SHELDON HALPERN, ATTORNEY FOR PETITIONER

    Bill Schuette
    Attorney General

    s/<u>Linus Banghart-Linn</u>

    Assistant Attorney General
    Criminal Appellate Division
    P.O. Box 30217
    Lansing, MI  48909
    (517) 373-4875
    Banghart-linnl@michigan.gov
    P73230