# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LINDA STERMER,

        Petitioner,        Case Number: 2:12-14013
                                    Honorable Arthur J. Tarnow

v.

MILLICENT WARREN,

        Respondent.
_____/

## ORDER REQUIRING RESPONSE TO PETITIONER'S MOTIONS

On August 17, 2020, Petitioner filed a Motion for Relief from an Order and Judgment Pursuant to Fed. R. Civ. P. 60(b)(3) and (6) and an Emergency Motion for Order Staying State Court Proceedings.  (ECF Nos. 75, 76).

The Court ORDERS Respondent to file a response to the motions by August 21, 2020.

                                      s/Arthur J. Tarnow
                                      ARTHUR J. TARNOW
                                      UNITED STATES DISTRICT JUDGE

Dated: August 17, 2020